# EXHIBIT B

2:16-cr-00378-RMG     Date Filed 11/27/17     Entry Number 129-4     Page 1 of 3

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| SLAGER, MICHAEL, THOMAS | HOMELAND SECURITY: USCG | 229 51 1488 |

| 4.a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| FN | E3 | 1981 11 14 | 2011 01 20 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT DIX, NJ | 824 BRADDOCK TERRACE<br>MT LAUREL, NJ 08054 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| USCG STATION PORT CANAVERAL | USCG STATION PORT CANAVERAL |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| COAST GUARD PERSONNEL COMMAND | AMOUNT: $400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years). | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| NA<br>X X X X X X X X X X X X X X X X X X X X X X X X<br>X X X X X X X X X X X X X X X X X X X X X X X X<br>X X X X X X X X X X X X X X X X X X X X X X X X<br>X X X X X X X X X X X X X X X X X X X X X X X X<br>X X X X X X X X X X X X X X X X X X X X X X X X | a. DATE ENTERED AD THIS PERIOD | 2003 | 01 | 21 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 01 | 20 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 06 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 0000 | 00 | 00 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| CG GOOD CONDUCT MEDAL; CG MERIT. UNIT COMMENDATION; CG MERIT. TEAM COMMENDATION; CG PISTOL MARKSMAN RIBBON; CG PRESIDENTIAL UNIT CITATION; CG RIFLE SHARPSHOOTER RIBBON; CG SPECIAL OPS SERVICE RIBBON; (CONT BLOCK 18) | ENLISTED PROFESSIONAL MILITARY, (0/WKS) APR 2006; TCT-UNIT, (0/WKS) FEB 2006; SUBSTANCE ABUSE FREE ENV AWAR, (0/WKS) NOV 2005; SE LMR INCHOP/FAM, (0/WKS) JUN 2005; TCT-UNIT, (0/WKS) AUG 2004; CRITICAL (CONT BLOCK 18) |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | YES X | NO |

| 16. DAYS ACCRUED LEAVE PAID 1.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

**18. REMARKS**
BLOCK 13 CONTINUED: GLOBAL WAR TERROR SERVICE MEDL;
BLOCK 14 CONTINUED: INCIDENT STRESS MANAG, (0/WKS) MAY 2004; RAPE & SEXUAL ASSAULT PREVENTI, (0/WKS) MAY 2004; SUICIDE PREVENTION TRAINING, (0/WKS) MAY 2004; WORK PLACE VIOLENCE TRAINING, (0/WKS) MAY 2004; CAPE MAY RECRUIT, (0/WKS) MAR 2003; CR/HRA BASIC HUMAN AWARENESS (, (0/WKS) FEB 2003; CR/HRA SEXUAL HARRASSMENT PREV, (0/WKS) FEB 2003;
PLACE OF BIRTH:MT LAUREL, NJ
ADVISED OF REQUIREMENTS FOR SELECTIVE SERVICE REGISTRATION.
NO DISCHARGE CERTIFICATE ISSUED AT TIME OF SEPARATION (CONT ON SEPARATE PAGE)

The information contained herein is subject to computer matching within the Department of Defense or with any other effected Federal or non-federal agency for verification purposes and to determine eligibility for and/or continued compliance with the requirements of a Federal benefit program.

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 824 BRADDOCK TERRACE<br>MT LAUREL, NJ 08054 | THOMAS SLAGER<br>1210 MEADOW DRIVE<br>BLUE BELL, PA 19422 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | NJ | DIRECTOR OF VETERAN AFFAIRS | YES X | NO |
|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| MICHAEL T. SLAGER | DANIAL J. DESJARDIN, YN1,USCG,BYDIR |

DD FORM 214, FEB 2000    PREVIOUS EDITION IS OBSOLETE.    MEMBER - 1

## CONTINUATION SHEET FOR CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| NAME (Last, First, Middle) | SOCIAL SECURITY NO. | SEPARATION DATE (Same as block 12.b.) |
|---|---|---|
| SLAGER, MICHAEL, THOMAS | 229 51 1488 | 2009 01 20 |

CONTINUATION OF INFORMATION FROM DD FORM 214:

BLOCK 18 CONTINUED: MGIB INFO: MEMBERS INITIAL SERVICE CONTRACT WAS FOR 6 YEARS
****************************************NOTHING FOLLOWS****************************************

| SIGNATURE OF MEMBER BEING SEPARATED | OFFICAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| MICHAEL T. SLAGER | DANIAL J. DESJARDIN, YN1, USCG, BYDIR |

DD Form 214, SEP 2002 (Continuation Sheet)     COMPGEN - Previous editions are obsolete.