# EXHIBIT C

2:16-cr-00378-RMG    Date Filed 11/27/17    Entry Number 129-5    Page 1 of 3

CITATION TO ACCOMPANY THE AWARD OF

THE COAST GUARD ACHIEVEMENT MEDAL

TO

MICHEAL T. SLAGER

FIREMAN

UNITED STATES COAST GUARD

I note with pride and am pleased to commend you for your performance of duty while assigned to USCG Station Port Canaveral from April 2004 to February 2008. As a non-rated personnel assigned to engineering, your contributions to Station Port Canaveral's operational success cannot be understated. Upon arrival you immediately qualified on all boat types and as Boarding Team Member filling critical manpower shortages caused by heightened port security requirements. You amassed 1586 underway hours spanning over 400 missions including 25 rocket and seven Space Shuttle launches, countless harbor patrols and submarine and cruise ship escorts, and numerous random security boarding's. This directly resulted in the unit's ability to fulfill its operational commitments without incident. During the hurricane season of 2004, with four major hurricanes within the unit's area of responsibility (AOR), you were an invaluable member of this unit. You spent countless man-hours preparing the unit and its assets for the approaching storms by ensuring all buildings were secured as directed. You immediately returned to reopen Station Port Canaveral so that the daunting task of assessing and reopening the local waterways could begin thereby reducing the impact to local commerce. During the 2005 Super Bowl, you volunteered your services to standing eight hours a day of enforcing security zones in the St. Johns River in Jacksonville, FL for one weeks duration. During the ten day maintenance period of the CG-47301 in November of 2004, you spent many hours replacing jacket water pumps and changing fuel oil coolers. Your technical competency on these projects directly reduced downtime of the unit's assets. While on liberty on Saturday, January 5, 2008, you pulled a sixteen year old male and a sixteen year old female out of an over-turned vehicle in Cape Canaveral and stayed with them until EMS arrived. On a SAR case on September, 16 2007, you performed CPR on an unconscious male for 45 minutes after a head on boat collision which occurred six miles offshore. After a homeless man took his own life by jumping off the I-92 bridge on April 1, 2006, you and the boat crew of the 25433 maintained a tight security zone while Brevard county divers extracted the body from the bottom of the river. On May 15, 2005, you assisted 7 people off an island that was engulfed in flames in Sykes Creek and safely transported them to Kiwanis boat ramp. During

a tropical storm in the summer of 2006, you were the boat engineer on the 47301 as it evacuated to Jacksonville, FL. You towed the 47321 back into Mayport Harbor after it broke down during eight foot seas. You maintained the only operational MLB in district seven for two days after the storm passed. You are commended for your outstanding performance of duty. By your meritorious service you have upheld the highest traditions of the United States Coast Guard.

The Operational Distinguishing Device is authorized.