# EXHIBIT D



North Charleston Police Department

Jon R. Zumalt, Chief of Police

Officer Slager     10-17-12     2012-36451

Michael,

Good self-initiated car stop at High Point & Dorchester. Your work led to the arrest of a drug offender who possessed an illegal .32 cal handgun, Marijuana & Cocaine. This thug was a threat to our city and you arrested him.

Thank you for making our city safer.

Chief Jund