# EXHIBIT F

September 28, 2010

Dear Officer Slager,

I wanted to write this letter to thank you for saving my life. My name is Marilyn Harrison and I am the mother of four wonderful children, whom I have raised alone for over twenty-five years as a single parent. I have taught my children the importance of obeying the law and receiving a good education. For the past two years I have worked as a foster parent with DSS to six beautiful children. I have worked at my job as a machinist for over ten years, and currently I am enrolled as a student at Trident Technical College with nine credit hours away from receiving my Associate Degree in Computer Technology. I am an active member in my Church, and community schools, participating in the PTA and any fund raising efforts.

Officer Slager, you pulled me over for Driving under the Influence of alcohol on September 4, 2010. I can say there is never a reason for driving a vehicle while under the influence of alcohol because I have seen and heard all the warnings and pleas of families whose lives were altered because of a drunk drivers. I would never want to experience trying to apologize to anyone for me being negligent or driving offensively on our highways. Mr. Slager up until the night of my arrest, I normally would never be caught in a situation of driving while intoxicated because I know that it is against the law and can ruin not only my life but someone's else's life also. I work six days a week and have children that need my careful guidance and support. Officer Slager, I am definitely not the woman you saw the night of my arrest. During the week of September 01, 2010, I had been on vacation for the past five days and thought it would have been a good thing to go out and socialize with an old friend I had not seen in over five years before returning to my job that following Monday, Labor
Day. I may have forgotten why I had not seen this person for so long – bad company. After I left my friend house that evening I arrived at my boyfriend of fifteen years home and he refused to open his door. Knowing this would upset me, because he has done this before; I just lost myself for a moment. People were outside watching me knock profusely on his door and they knew he was in there, I think someone had tried to console me, I was so devastated. At that point in time I remember I was not feeling like myself, it was as if my mind had actually left me for a moment. I was hurt, embarrass and confused.

Officer Slager, I hope I am spelling your name correctly; I am very thankful you saw me and tried to get me the help that I had needed. When you pulled me over that night, I was very much a sick person.

Looking back on that dark place I was in, I thank God everyday for you, my life, and the wisdom to control my actions.

Thank You

Marilyn Harrison

9-29-10