# EXHIBIT G

Privileged and Confidential Work Product

## Schedule 1
## Summary Analysis of Tickets and Warnings Issued by Officer Slager
## For Each Time Period Under Review

Time Periods Under Review

| | All Periods Combined 2/10/2014 - 4/3/2015 | Night Shift 2/10/2014 - 9/22/2014 | Day Shift 10/1/14 - 4/3/15 |
|---|---|---|---|
| **Total Tickets:** | No. | No. | No. |
| Number of Tickets | 242 | 155 | 87 |
| Ticket Number 25031GX - Issuing Officer not Slager | -1 | 0 | -1 |
| Adjusted Number of Tickets | 241 | 155 | 86 |
| | (Schedule 2) | (Schedule 7) | (Schedule 11) |
| **Total Warnings:** | 195 | N/A[2] | 195 |
| | (Schedule 3) | | (Schedule 3) |
| **Total Tickets & Warnings** | 436 | 155 | 281 |
| Tickets as a % of Total | 55.3% | 100.0% | 30.6% |
| Warnings as a % of Total | 44.7% | N/A[2] | 69.4% |
| Total | 100.0% | 100.0% | 100.0% |

| *Analysis of Tickets:* | All Periods Combined 2/10/2014 - 4/3/2015 | | Night Shift 2/10/2014 - 9/22/2014 | | Day Shift 10/1/14 - 4/3/15 | |
|---|---|---|---|---|---|---|
| Tickets Issued by Gender | No. | % | No. | % | No. | % |
| Females | 71 | 30.9% | 41 | 28.1% | 30 | 35.7% |
| Males | 159 | 69.1% | 105 | 71.9% | 54 | 64.3% |
| Total[1] | 230 | 100.0% | 146 | 100.0% | 84 | 100.0% |
| | (Schedule 4) | | (Schedule 8) | | (Schedule 12) | |
| Tickets Issued by Race | No. | % | No. | % | No. | % |
| Black | 174 | 75.0% | 132 | 89.2% | 42 | 50.0% |
| Chinese | 1 | 0.4% | 0 | 0.0% | 1 | 1.2% |
| Hispanic | 10 | 4.3% | 1 | 0.7% | 9 | 10.7% |
| White | 47 | 20.3% | 15 | 10.1% | 32 | 38.1% |
| Total[1] | 232 | 100.0% | 148 | 100.0% | 84 | 100.0% |
| | (Schedule 5) | | (Schedule 9) | | (Schedule 13) | |
| Tickets Issued by Age | No. | % | No. | % | No. | % |
| Ages 15 to 20 - Tickets | 20 | 9.0% | 13 | 9.4% | 7 | 8.3% |
| Ages 21 to 30 - Tickets | 75 | 33.6% | 47 | 33.8% | 28 | 33.3% |
| Ages 31 to 40 - Tickets | 49 | 22.0% | 35 | 25.2% | 14 | 16.7% |
| Ages 41 to 50 - Tickets | 35 | 15.7% | 23 | 16.5% | 14 | 16.7% |
| Ages 51 Plus - Tickets | 44 | 19.7% | 21 | 15.1% | 21 | 25.0% |
| Total[1] | 223 | 100.0% | 139 | 100.0% | 84 | 100.0% |
| | (Schedule 6) | | (Schedule 10) | | (Schedule 14) | |

Privileged and Confidential Work Product

## Schedule 1
### Summary Analysis of Tickets and Warnings Issued by Officer Slager
### For Each Time Period Under Review

| _Analysis of Warnings:_ | All Periods Combined 2/10/2014 - 4/3/2015 | Night Shift 2/10/2014 - 9/22/2014 | Day Shift 10/1/14 -4/3/15 | |
|---|---|---|---|---|
| | | | No. | % |
| Tickets Issued by Gender | N/A[2] | N/A[2] | | |
| Females | | | 88 | 45.1% |
| Males | | | 107 | 54.9% |
| Total [1] | | | 195 | 100.0% |
| | | | (Schedule 15) | |
| Tickets Issued by Race | N/A[2] | N/A[2] | No. | % |
| Black | | | 96 | 49.2% |
| Chinese | | | 0 | 0.0% |
| Hispanic | | | 3 | 1.5% |
| White | | | 96 | 49.2% |
| Total [1] | | | 195 | 100.0% |
| | | | (Schedule 16) | |
| Tickets Issued by Age | N/A[2] | N/A[2] | No. | % |
| Ages 15 to 20 - Tickets | | | 7 | 3.6% |
| Ages 21 to 30 - Tickets | | | 39 | 20.2% |
| Ages 31 to 40 - Tickets | | | 44 | 22.8% |
| Ages 41 to 50 - Tickets | | | 31 | 16.1% |
| Ages 51 Plus - Tickets | | | 72 | 37.3% |
| Total [1] | | | 193 | 100.0% |
| | | | (Schedule 17) | |

[1] The total ticket count for each review category has been adjusted for missing data on tickets relative to each specific category. See referenced Schedule for calculation of the adjusted total ticket count for each category.

[2] NCPD reported having no Warning Tickets issued by Officer Slager prior to 10/1/14.