# EXHIBIT I

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1381 | 01 Mar 2015 07:12:18 | Trigger | 2 | 21 | 57 |
| 1382 | 02 Mar 2015 07:04:44 | Trigger | 2 | 23 | 57 |
| 1383 | 03 Mar 2015 07:03:13 | Trigger | 3 | 24 | 57 |
| 1384 | 04 Mar 2015 07:07:24 | Trigger | 2 | 25 | 57 |
| 1385 | 08 Mar 2015 07:19:49 | Trigger | 2 | 25 | 57 |
| 1386 | 09 Mar 2015 07:10:26 | Trigger | 2 | 26 | 56 |
| 1387 | 11 Mar 2015 07:14:46 | Trigger | 2 | 27 | 56 |
| 1388 | 15 Mar 2015 07:12:12 | Trigger | 2 | 28 | 56 |
| 1389 | 16 Mar 2015 07:06:58 | Trigger | 4 | 24 | 56 |
| 1390 | 16 Mar 2015 07:07:04 | Trigger | 1 | 24 | 56 |
| 1391 | 17 Mar 2015 07:12:29 | Trigger | 3 | 26 | 55 |
| 1392 | 18 Mar 2015 07:05:26 | Trigger | 4 | 26 | 55 |
| 1393 | 22 Mar 2015 07:13:44 | Trigger | 2 | 26 | 55 |
| 1394 | 23 Mar 2015 07:10:15 | Trigger | 2 | 25 | 55 |
| 1395 | 24 Mar 2015 07:21:52 | Trigger | 5 | 24 | 54 |
| 1396 | 25 Mar 2015 07:18:22 | Trigger | 5 | 28 | 54 |
| 1397 | 01 Apr 2015 07:07:38 | Trigger | 2 | 25 | 54 |
| 1398 | 02 Apr 2015 07:10:19 | Trigger | 5 | 26 | 53 |
| 1399 | 02 Apr 2015 07:10:25 | Trigger | 1 | 26 | 53 |
| 1400 | 03 Apr 2015 07:11:33 | Trigger | 3 | 27 | 53 |
| 1401 | 04 Apr 2015 07:17:11 | Trigger | 2 | 28 | 53 |
| 1402 | 04 Apr 2015 09:52:00 | Trigger | 5 | 28 | 53 |
| 1403 | 04 Apr 2015 09:52:13 | Trigger | 5 | 28 | 52 |
| 1404 | 04 Apr 2015 09:52:19 | Trigger | 5 | 29 | 52 |
| 1405 | 04 Apr 2015 09:52:30 | Trigger | 5 | 29 | 51 |
| 1406 | 04 Apr 2015 09:52:59 | Trigger | 5 | 30 | 51 |
| 1407 | 04 Apr 2015 09:53:07 | Trigger | 5 | 30 | 51 |
| 1408 | 09 Apr 2015 14:38:17 | Sync | 09 Apr 2015 14:53:51 to 09 Apr 2015 14:38:17 | | |

TASER CARTRIDGE MARKER 16 (S/N: C4103PWYR)
TASER CARTRIDGE MARKER 4 (S/N: C4103F2DK)

L15-4608

SA JOHN G.H. HIATT
4-9-15