AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA

V.

Michael Slager

**EXHIBIT AND WITNESS LIST**

Case Number: 2:16-cr-00378-DCN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David C. Norton | Jarred Fishman, Rose Gibson | Andrew Savage, Donald McCune |
| SENTENCING DATES | COURT REPORTER | COURTROOM DEPUTY |
| 12/4/2017 | Debbie Potocki | Catina Murray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/4/2017 | | | Feidin Santana |
| 2 | | 12/4/2017 | | | Lt. Charles Ghentt (SLED) |
| 3 | | 12/4/2017 | | | Anthony Imel |
| | | | | | Court Exhibit 1- photo of Walter Scott running w/ Mr. Imel's calculations on it |
| | 1 | 12/5/2017 | | | Grant Fredrecks |
| | 2 | 12/5/2017 | | | David Hallimore-Forensic Audio Analyst |
| | 3 | 12/5/2017 | | | Anthony Imel |
| | 4 | 12/5/2017 | | | Dr. Charles Morgan |
| | 5 | 12/6/2017 | | | Walter Humphries (NCPD) |
| | 6 | 12/6/2017 | | | Scarlett Wilson (9th Circuit Solicitor) |
| | 7 | 12/6/2017 | | | Darko Babic |
| 4 | | 12/6/2017 | | | Judy Scott (Government's rebuttal witness) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages