AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA

V.

Michael Slager

## EXHIBIT AND WITNESS LIST

Case Number: 2:16-cr-00378-DCN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David C. Norton | Jarred Fishman, Rose Gibson | Andrew Savage, Donald McCune |
| SENTENCING DATES | COURT REPORTER | COURTROOM DEPUTY |
| 12/4/2017-12/7/2017 | Debbie Potocki | Catina Murray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/4/2017 | | yes | Santana Video 1 |
| 4 | | 12/4/2017 | | yes | Time Frame Count Video |
| 5 | | 12/4/2017 | | yes | Enhanced Video |
| 8 | | 12/4/2017 | | yes | RPP Position Exam Video |
| 13 | | 12/4/2017 | | yes | Image, Defendant & Victim on Ground, Frame 162 |
| 18 | | 12/4/2017 | | yes | SLED ROI, Slager |
| 22 | | 12/6/2017 | | yes | Pages from Trial Transcript 11/30/16, McCune |
| 24 | | 12/5/2017 | | yes | Report by Dr. Morgan |
| 25 | | 12/4/2017 | | yes | Contact Sheet, Taser Dropped Pre-Shooting |
| 26 | | 12/4/2017 | | yes | Contact Sheet, Defendant & Victim on Ground |
| 27 | | 12/4/2017 | | yes | Contact Sheet, Taser Picked up Sequence |
| 28 | | 12/4/2017 | | yes | Image, Site Overview |
| 29 | | 12/6/2017 | | yes | Transcript Bowman |
| 30 | | 12/6/2017 | | yes | Transcript Gann |
| 31 | | 12/4/2017 | | yes | Contact Sheet, Scott Running |
| 32 | | 12/6/2017 | | yes | Images, Slager at Scene |
| 34 | | 12/6/2017 | | yes | Slager Plea agreement |
| | 2 | 12/6/2017 | | yes | Darko Babic's Repor |
| | 4 | 12/4/2017 | | yes | Email from Eric Klumb re: discovery materials |
| | 5 | 12/4/2017 | | yes | Transcript of 9-10-15 hearing re: reports reviewed by Perterson's superiors 5-2, 5-4 |
| | 7 | 12/4/2017 | | yes | Grant Fredrecks Final video |
| | 8 | 12/6/2017 | | yes | Screenshot from Fredrecks Video of Taser Wire |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | Michael Slager | CASE NO. 2:16-cr-00378-DCN |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 9 | 12/4/2017 | | yes | NCPD Patrol Division Daily Supervisors Reports for All Bureaus 4-4-15 |
| | 10 | 12/4/2017 | | yes | FBI Report of Examination 5 |
| | 15 | 12/4/2017 | | yes | MOI of Slager by Peterson on 4-7-15 |
| | 18 | 12/4/2017 | | yes | Peterson Investigative Report pages 1-4 |
| | 23 | 12/4/2017 | | yes | Santana MOI |
| | 26 | 12/4/2017 | | yes | Scott Cell Phone JWA 9083 |
| | 36 | 12/4/2017 | | yes | Slager Indictment |
| | 55 | 12/4/2017 | | yes | Trial Transcript 11-4-16 - Santana |
| | 57 | 12/4/2017 | | yes | North Charleston Bureaus |
| | 58 | 12/4/2017 | | yes | North Charleston Zones |
| | 59 | 12/4/2017 | | yes | North Charleston Charleston Farms Loop |
| | 63 | 12/4/2017 | | yes | FBI Full Enhanced Video Frame 397 |
| | 65 | 12/4/2017 | | yes | Photograph of hat, watch and wallet |
| | 66 | 12/4/2017 | | yes | Photo of Scott's Watch |
| | 71 | 12/4/2017 | | yes | SLED Policy 13.11 - Interviews and Interrogations |
| | 73 | 12/4/2017 | | yes | CJA Lesson Plan-Crime Scene for Investigators |
| | 75 | 12/4/2017 | | yes | SLED Area Photo |
| | 76 | 12/4/2017 | | yes | Dft's creation of Imel's "frames" |
| | 77 | 12/4/2017 | | yes | List of time periods of shots fired |
| | 78 | 12/4/2017 | | yes | Email fo Calculations |
| | 79 | 12/4/2017 | | yes | File Hash Document |
| | 80 | 12/5/2017 | | yes | Grant Fredreck's Exhibits |
| | 81 | 12/5/2017 | | yes | David Hallimore Transcript |
| | 83 | 12/5/2017 | | yes | Dr. Morgan's Slides |
| | 84 | 12/5/2017 | | yes | Eugene Liscio's Exhibits |
| | 86 | 12/6/2017 | | yes | Scarlett Wilson's emails |
| | 88 | 12/6/2017 | | yes | Affidavit of Willis Beatty |