IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:16-cr-378 |
| | ) | |
| -versus- | ) | |
| | ) | **NOTICE** |
| MICHAEL THOMAS SLAGER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Michael Slager, Defendant in Indictment 2:16-cr-378, respectfully requests that the Clerk of

Court for the United States District Court, District of South Carolina, act on his behalf in compliance

with Rule 32(j)(2) of the Federal Rules of Criminal Procedure by filing a Notice of Appeal with

respect to the pending Order of the Court setting forth the Court's findings and sentence.  Slager's

Sentencing Hearing ended on December 7, 2017.  As of this date, Slager has not received a written

Order.

Respectfully Submitted,

SAVAGE LAW FIRM
15 Prioleau Street
Charleston, SC 29401
Telephone:  (843) 720-7470

BY:    S/Andrew J. Savage, III
         ANDREW J. SAVAGE, III
         Federal ID Number: 3734

ATTORNEY FOR DEFENDANT

Charleston, South Carolina

December 20, 2017