# United States District Court for the
# District of South Carolina
# Charleston Division

United States of America                              Criminal Case # 2:16-cr-00378-DCN-1

    v.

Michael Slager

## Notice of Appeal

Notice is hereby given that Michael Slager, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on the 16th day of January, 2018.

                           Entered by Clerk on Behalf of Defendant: s/Michael Slager
                                             (Upon request of defendant)

January 16, 2018
Charleston, South Carolina