## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 01/16/18 | **District:** South Carolina | **District Case No.:** 2:16-cr-00378-DCN-1 |
|---|---|---|
| ✓ First NOA in Case | **Division:** Charleston | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** USA v. Slager | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA    ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: _____ | | |

**Exceptional Circumstances:**    ___ Bail    ___ Interlocutory    ___ Recalcitrant Witness    ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)    ___ Appeal fees paid in full    ✓ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✓ In custody | ✓ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** David C. Norton | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): Debbie Potocki, Amy Diaz, Ray Simmons | **Sealed Status** (check all that apply): ___ Portions of record under seal  ___ Entire record under seal  ___ Party names under seal  ___ Docket under seal |
| **Coordinator:** Peppa Caskey | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ✓ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: CatinaMurray     Phone: 843.579.2649     Date: 01/16/18

01/2012