1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
2                   CHARLESTON DIVISION

3   UNITED STATES OF AMERICA        :       VOLUME IV
                                    :
4              vs.                  :
                                    :
5   MICHAEL SLAGER                  :       2:16 – CR – 378

6


7


              Sentencing in the above-captioned matter held on
8
    Thursday, December 7, 2017, commencing at 10:04 a.m., before
9
    the Hon. David C. Norton, in the United States Courthouse,
10
    Courtroom VI, 81 Meeting St., Charleston, South Carolina,
11
    29401.
12


13


14   APPEARANCES:

15                  JARED FISHMAN, ESQ. and ROSE GIBSON, ESQ.,
                    Office of the U.S. Attorney, 601 D Street NW,
16                  Washington, DC, appeared for the Government.

17                  ANDREW J. SAVAGE, III, ESQ., and
                    DONALD L. McCUNE, ESQ., 15 Prioleau Street,
18                  Charleston, SC, appeared for the Defense.

19                  SHAUN C. KENT, ESQ., P.O. Box 117, Manning,
                    SC, appeared for the Defense.
20


21


22
            REPORTED BY DEBRA L. POTOCKI, RMR, RDR, CRR
23        Official Court Reporter for the U.S. District Court
                          P.O. Box 835
24                  Charleston, SC  29402
                        843/723-2208
25

```
 1              THE COURT:  Yes, sir, Mr. Fishman.
 2              MR. FISHMAN:  Good morning, Your Honor, calling
 3    United States versus Michael Slager, set for sentencing in
 4    2:16-CR-00378-DCN.  Morning, Your Honor.
 5              THE COURT:  Okay.  In our system, only a United
 6    States District Judge has the power and the responsibility to
 7    sentence somebody; not the Court of Appeals, not even the
 8    Supreme Court.
 9        United States District Judge is the best job in the world.
10    I'd do it for free.  But sentencing is the worst part of the
11    best job in the world.  In my 27 and a half years, sentencings
12    have been the hardest decision I've had to make.  But I don't
13    do it alone.
14        I have two wonderful law clerks, Shampa and Chelsea; my
15    staff, Miss Frye, who, as a matter of fact, was the U.S.
16    Probation Officer of the Year this year.  But the buck stops
17    here.
18        I want to thank the Clerk's office, the Marshal's office
19    and the Federal Protective System for all their help this
20    week.  I want to thank Rob Dewey for his prayers.  I want to
21    thank my wife for her support and her technical advice.  She
22    just happens to be the president of the National Association
23    of Medical Examiners, and a forensic pathologist in her own
24    right, and helped me with some of the autopsy report.
25        I want to thank the lawyers in this case, Mr. Savage, Mr.
```

1    McCune, Mr. Fishman, Miss Gibson; they're excellent lawyers,

2    and you've seen how excellent lawyers present things in court.

3        And excellent lawyers make excellent arguments on hard

4    questions.  Excellent lawyers make my decisions much harder,

5    but excellent lawyers make my decisions much better, because I

6    have to think long and hard about every one of them.

7        And today, no matter what sentence I give, neither the

8    Scott family nor the Slager family is going to like it or

9    think it's right.

10        Now, as for what we argued this week, I've considered all

11    of the arguments, and I'll make the following legal

12    determinations, and there will be an extensive order filed in

13    the near future with regard to all my findings.

14        But first, as to the appropriate underlying offense of

15    deprivation of rights under color of law under 18 United

16    States Code 242, on April 4th, 2015, when the defendant shot

17    Walter Scott, he did so out of malice aforethought.  Shooting

18    dead an unarmed and fleeing Walter Scott in the back was

19    reckless, wanton and a gross deviation from a reasonable

20    standard of care, such that he was aware of the serious risk

21    of death or serious bodily harm.

22        There is not sufficient evidence of heat of passion or

23    sudden quarrel mitigation to reduce it from second degree

24    murder to voluntary manslaughter for the purpose of

25    categorizing the underlying offense.

1     The Court finds that the events that transpired before

2     defendant applied deadly force do not constitute provocation

3     that would arouse a reasonable and ordinary person to kill

4     someone.  Therefore, the appropriate underlying offense for

5     the 242 violation is second degree murder.

6         Second, as to the enhancement for obstruction of justice,

7     the Court finds by the preponderance of the evidence that the

8     defendant gave false testimony concerning a material matter,

9     with the willful intent to provide false testimony, rather

10    than as a result of confusion, mistake or faulty memory.

11    Specifically, the Court finds that the defendant's misleading

12    statements to SLED agents on April 7, 2015 constitute

13    obstruction of justice.  At the time he made these statements,

14    he was aware that there was an investigation underway for the

15    instant offense.  He made materially false statements to SLED

16    agents that are repudiated by the false -- the bystander video

17    in the case.  Therefore, the Court applies the obstruction of

18    justice adjustment.

19        I'll now turn to the departures and variances.  First,

20    defendant has moved for a downward departure pursuant to

21    5K2.10 of the guidelines, which permits a downward departure

22    if the victim's wrongful conduct contributed significantly to

23    provoking the offense behavior.  The Court finds that this

24    departure is inapplicable under the particular facts of the

25    case, as the offense behavior was excessively disproportional

1    to Scott's misconduct.  Scott's misconduct, however wrongful,

2    does not rise to the level of substantially provoking

3    defendant of the offense of applying deadly force to shoot an

4    unarmed man in the back as he ran away.  Therefore,

5    defendant's request to apply this downward departure is

6    denied.

7        Second, the defendant has moved for downward departure

8    under guideline 5K2.0.  The Court finds that this downward

9    departure is appropriate in this case, based on the

10   defendant's unique susceptibility to abuse in prison, and the

11   successive state and federal prosecutions.  The Court finds

12   defendant is uniquely susceptible to abuse in prison due to

13   his status as a law enforcement officer, and the extensive

14   national publicity surrounding the shooting of Walter Scott.

15       The Court agrees with the reasoning of courts before it,

16   that a defendant is to be punished for his crimes, not the

17   attendant media coverage.

18       The Court also finds that the successive state and federal

19   prosecution constitute a ground for departure.  When the

20   five-week State trial ended in a mistrial, the defendant faced

21   a second federal trial, based on the same underlying conduct

22   of the shooting.  Therefore, the Court grants a two level

23   downward departure under 5K2.0.

24       Finally, the Court considers the need to fashion a

25   sentence that is, quote, "sufficient but not greater than

627

1    necessary to comply with the purposes of the sentencing set

2    forth in United States Code 3553(a)."  In light of these

3    purposes of sentencing, the Court imposes a three level

4    variance.

5        So having done so, it looks like now the offense level is

6    38, criminal history category one, which is 235 to 293 months

7    imprisonment, two to five years supervised release and $100

8    special assessment.

9        Based on the Court's determinations and rulings, does

10   anyone have objection to the guidelines in this case?

11           MR. FISHMAN:  Your Honor, we just renew our objection

12   with respect to departures.

13           THE COURT:  Okay.  Now I'll be glad to hear --

14           MR. McCUNE:  Your Honor?

15           THE COURT:  Yes.

16           MR. McCUNE:  Yes, Your Honor, we would object also to

17   the enhancement for the obstruction of justice.  We would also

18   object to the failure to provide a downward departure under

19   5K2.10.

20           THE COURT:  Well, they'll have to take those up in

21   Richmond.  That's why you'll get a long order next week.

22       All right.  Mr. Fishman?

23           MR. FISHMAN:  Your Honor, before the Court imposes

24   sentence, various members of the victim's family would like to

25   address the Court.

1          THE COURT:  Sure.

2          MR. FISHMAN:  First would be the mother and father of

3   Walter Scott, Judy Scott.

4          THE COURT:  Yes, ma'am.

5          MS. SCOTT:  Good morning, Your Honor Norton, and

6   everyone in the courtroom.  My name is Judy Scott, I'm the

7   mother of the deceased, Walter Scott.

8       I'm sorry that I have to be here this morning, but I thank

9   God that he allowed me to see another day.  And I would like

10  to say that Walter Scott, he was my middle son.  We called him

11  Lamar, we called him Markie, and I was his mother.  I thank

12  God for my Smurf, I thank God for the 50 years that he was

13  here.  I thank God because he was a happy child, he had a

14  great childhood, he loved his family, he loved family

15  reunions, he loved cartoons, he loved God, he loved it all.

16  And the last two family reunions, he missed them.  He was not

17  here in 2013 or 2015.

18      I thank God that he -- remember Lamar, like I said, a

19  happy child, he was fun to be around.  And if you met him, you

20  would like him.  I know no one that didn't love Walter.  Like

21  I said, he loved his nieces and nephews, and he loved

22  Christmas.  He would tell you that he had the best childhood

23  there was.

24      I loved the neighborhood that we grew up in, finished

25  school.  When he finished school, he was in the Coast Guard

1  for about three and a half years.  And his first job, he loved

2  to work with his hands, he worked at Gore, that was his first

3  job.  He was very precise in what he did with handicraft.

4       And I don't know, I really miss him very very much.

5  Because every day or every other day he would call to check on

6  his Smurf, to see how I was doing and see how his dad was

7  doing.  And any time we would call him, he would be there.

8       It was so surreal that this happened that morning.  That

9  Saturday morning when I was called by him, I heard the urgency

10 in his voice, I knew that something was wrong.  I was taking

11 his youngest son, Miles, to Wal-Mart to check on some glasses.

12 And when he called and he said, Mom -- he called me mom that

13 morning, he didn't call me Smurf -- I knew something was

14 wrong.  He said, the police stopped me.  So I said, Lamar, you

15 know how the North Charleston police are, you know how they --

16 they'll stop you on a dime for anything.  I worked at the Navy

17 yard for 28 years, and we would just go to K-mart, that you'd

18 have to -- you would have to be precise, because they would --

19 seemed like they just picked at you for any reason.

20      So when he called, I said, what is wrong?  He said, I was

21 stopped by the police.  And I said, well, Lamar, you know how

22 they go.  Whatever they say, just do it.  So there wouldn't be

23 any trouble.  And then that's when I heard him say -- he began

24 to groan.  He said, they tasing me.  And he began to groan and

25 moan.  It was a groan and a moan like I've never heard from

1   him before.  He was in pain.  He was hurting.  They were

2   tasing him.

3        And by that time, his son, Miles, the youngest, grabbed

4   the phone.  And I have no -- I could hear Miles say, Daddy,

5   Daddy.  He just went berserk.  I mean, he just lost it.

6        And also, this is Lamar picture.  That's Lamar picture.

7   That's my -- and also, family reunion time was a great -- it

8   was one of the things that we looked forward to.  Not only my

9   side of the family, but the Scott side also.  This is -- I

10  don't see the other picture in here.  This is one of the

11  pictures that was taken.  Lamar wasn't there.  He was gone.

12  And this is the other picture, 2015.  Walter's not in the

13  picture.  This is not even half of our family.  We were a

14  close-knit family that loved one another, could depend on one

15  another, and I thank God for that.  He had many friends.  This

16  picture's -- I mean, I've got books.

17       His dad took many pictures from -- even from little

18  children.  I was a mother that believed in God, and he is in

19  my life.  And as the word states, to train up a child in the

20  way that he should go, and when he becomes old, he will not

21  depart from it.

22       Not only did I teach them the way of the Lord, but I also

23  lived it before them.  I trained them, I took them.  He knew

24  that Jesus Christ was in my life.  This is a picture of him

25  going to church.  My boys did not go to church with anything

1   on, they dressed.  They had suits and ties and what have you

2   every Sunday.  They had church clothes, play clothes, school

3   clothes and everything.

4       And we were a working family, my husband and I.  Worked

5   hard for them.  Tried to teach them and train them in the way

6   that they should go.  I really -- one thing about it,

7   before -- this is our anniversary picture, the last picture

8   that we took with Lamar was on there was during -- was our

9   anniversary.  And it was his idea, because he wanted to do

10  something for his parents.  It was his idea, and I thank God

11  that he was able to be there.  That's Walter, the middle one.

12  He was able to be there to help us celebrate 50 years.  That's

13  how long my husband and I have been married.  Fifty-three, it

14  will be going on.

15      But like I was saying, I remember now on Saturday morning

16  Lamar would fix the best pancakes, and Jimmy Dean sausage and

17  eggs.  He would get up before the family.  Even his kids was

18  able to experience some of that.  But you know what?  This

19  much that's written here, but one thing that I'm so glad about

20  that Jesus in my life.  And when my son died, it was so

21  surreal.  Every -- I did not believe that this has happened.

22  But because of Jesus being in my life, I was able to go

23  through.  And as I kneeled one day to pray, the Lord reminded

24  me Lamar was here for 50 years.  And he told me, Lamar did not

25  die for you, Jesus did.  I had to remember that.  I had 50

1   years he was here with me.  And as a man is born, a man's

2   going to die.  We don't know how, I don't know why it happened

3   that way, but God knows.

4        So some people ask me, how could you have forgiveness in

5   your heart?  Well, the reason why I had forgiveness in my

6   heart is because one day God forgave me.  I wasn't born saved;

7   I had to repent my soul.  And I thank God that I knew the day

8   I was able to see that my son repented and accepted God in his

9   life.  He sang on the choir, he played the drums, he was

10  faithful in the church.  I taught him in the way that he

11  should go.  Whatever he did after that, is in God's hands.  I

12  did the right thing.  And I thank God for that.

13       I am so sorry.  I forgive Michael Slager.  I forgive you.

14  Forgiveness is in my heart because -- Yes.  And I prayed for

15  you that you would repent and let Jesus come in your life.

16  Because God, he loves us all.  No matter what we have done, we

17  can come to Jesus, just as you are.  And he will forgive you.

18  It's not his will.  He's not happy when any of us just go any

19  way we want to go.  He don't want us to go to hell.  Let Jesus

20  come in.  He will accept you just as you are.  I feel.  I

21  feel.

22       I've got lots written here, but I can't even remember it

23  all, I was just speaking from my heart, just a mom.

24       Thank you.

25            THE COURT:  Thank you.

```
 1              MR. SCOTT:  Good morning, Your Honor, the Court,
 2    everyone who's here.  I'm not going to say much, but I want to
 3    say one thing to you.  That I thank God for you, thank God for
 4    each and every one of you that's here.  To let you know that
 5    my heart is heavy.  It's really heavy.  And I miss my son a
 6    whole lot.  Because -- I miss him because of the times that we
 7    had together, that he always come picking at me, always
 8    teasing me all the time.  And he would always, and I never
 9    forget, I still can't remember why, every time he came to me,
10    he wanted to borrow $60.  And I could never figure out why you
11    always just want $60.  And every time he came to me, always
12    just wanted -- any time he came, he always just want $60.  And
13    I could never figure that out.
14        But anyway, what I wanted to say was that whatever you do,
15    Judge, whatever decision you make, let God lead you.  Let
16    God -- hear what God has to say, and whatever decision that
17    God give you to do, just do what the Lord tell you to do, you
18    can do no more than that because God is in control.
19    Regardless what we say or whatever we do, God is in control.
20        That's all.  Thank you.
21              THE COURT:  Thank you.
22              MR. FISHMAN:  Anthony Scott, the brother of Walter
23    Scott and his wife, Denise, would like to address the Court.
24              THE COURT:  Sure.
25              MS. SCOTT:  Good morning.  My name is Denise Scott.
```

1    I am the wife of Anthony Scott.  Walter Scott was my

2    brother-in-law.  And when I wrote this, it's hard to describe

3    how to put somebody life on paper and how you feel about them,

4    it's really hard.  But I went over it many times, and I still

5    don't know if I got the words in my heart to say how I really

6    feel about losing my brother Walter.  Because the ultimate

7    price is death, and it's just hard.

8         I have tried to put into words the impact of losing

9    someone as special as Walter, because I married to the family.

10   I am the sister, and he's a brother that I never had, because

11   I have sisters.  And Walter and I was close, like we would

12   talk every Saturday.  Like if I didn't call him, he would call

13   me, we would talk, just about the week, about no particular

14   thing.  And even if I was married to Anthony, he never would

15   get into it.  No matter what kind of dispute or anything that

16   you had, he never would get into it.  He is just not even give

17   his opinion.  He'll say, it will work out, or something like

18   that, or God work it out, he never would get into it.

19        And he had a smile like Denzel Washington, his skin was

20   dark like Denzel.  He was charismatic like a Clark Gable, he

21   could dance like Fred Astaire.  He could make any move, no

22   matter if it was shag, pot lucking, disco, he was a dancer.

23   He could sing like Andraé Crouch.

24        And he was very involved in the church.  He loved the

25   Lord.  The whole family loves the Lord.  It's a loving family,

1   they love the Lord.  And that's one thing that I love about

2   them.

3       Walter, my family loved Walter.  He would come stay with

4   us when we lived in Charlotte, me and him would hang out

5   without Anthony.  That's one thing.  And that's with Walter,

6   he loved people.  If he met somebody, even you met, you would

7   fall in love with him.  You would want to talk to him, you

8   would want to be around him.

9       He was jokey, like he would remember jokes.  I can't

10  remember that, I can remember why the chicken crossed the

11  road, that's all I can remember.  But he could remember the

12  details of all jokes.

13      He loved sports.  He loved the Dallas Cowboys.  And

14  actually, in 2015, we all were planning to go see the Dallas

15  Cowboys at the State of Arlington, and he didn't get to go.

16  So Anthony and I went, and I made these to take home with us.

17  And so I made these.  And on the back of it, is says family

18  reunion, Scott Family Reunion, and this is the family letting

19  go of balloons to put in the air.  Like I said, he was just a

20  brother that I didn't have.

21      The very moment that I was told by Anthony, how this

22  incident happened, I just couldn't believe it.  And it

23  happened on April the 4th, ten days before my fiftieth

24  birthday.  And that's one thing that Walter and I would tease

25  each other about, because he always tease me that he was about

1    the oldest, but just by a month, but he always did that, we

2    would always joke around.

3        And I wanted to plan my birthday party, but I couldn't,

4    because of this incident.  So that's one thing when I talk to

5    him, I said, man, you know you messed it up.  Not him, but the

6    situation did.

7        I just have been changed by this.  My life has changed.

8    My outlook on people, places and things have changed.  Now,

9    when I see a cop stop someone, I want to be like Feidan, I

10   want to see what's going on.  I want to make sure that nobody

11   is being done wrong.  Because that, to me, what Feidan did for

12   our family, for the community, is something just heroic.  I

13   didn't have the courage to do it before, but now I do.  So

14   this whole incident has changed me, the way I look at things.

15       And one thing I want to say is I forgive Officer Slager,

16   because he knew not what he did at that point.  And God being

17   in the midst of everything, because the Bible say you born of

18   a few short days and you die.  And Michael has a family.

19   Because their family, theirs like ours, it is changed and

20   hurt, then I pray for y'all, because we need prayers too.

21   Because our family has changed.  And like Grammy said, the

22   family reunions, it's nothing that -- we talk about

23   everything, but we talk about Walter.  Because if the music

24   came on, he was there.  If laughter was there, he was in the

25   midst.  So we miss him.  It's no day that goes by that I don't

1    think about him.  And I will miss him.  That's all I got to

2    say.

3              MR. SCOTT:  Good morning, Judge.

4              THE COURT:  Good morning, Mr. Scott.

5              MR. SCOTT:  Everyone in the building, the defense,

6    prosecutor, everybody in the building, even to the defendant,

7    I come humble today.  And I come thankful that we've been able

8    to get to this point.

9        I'm truly hurt.  I miss my brother.  Our family has

10   changed, we'll never be the same again.  We did not ask for

11   this, this was something that was thrown upon us.

12       The day that I arrived on the scene, I was one of the

13   second family members to arrive on the scene.  And I -- at

14   that moment I said, something was wrong.  And even though all

15   the stories that came up prior to this, and when I got on the

16   scene that day, they said that Walter had had this taser, and

17   I said, that's not Walter's character.  I knew that was not my

18   brother.

19       And not only that, but I know that if that had happened,

20   that Walter had grabbed that taser, that we wouldn't even be

21   here today.  It would be a totally different situation.  And I

22   know that there was never a fight.  Because I know that if

23   there would have been a battle there, that we would not be

24   here and he would not be sitting there today.  Because he

25   would not have won that battle.  So there was just a man

1    trying to get away.  I knew this from the beginning.

2        And from that point on, I said that we have to seek

3    justice, we have to figure out what's going on.  And from day

4    one, I knew that the stories were not right.

5        And from that point on, we went about getting things in

6    order to make sure that before we even had a film, before we

7    even knew any of this, we knew that their stories, nothing was

8    collaborating correctly.  I knew something was wrong.  And me

9    and my family got together and said we need to get a lawyer

10   because we need to get some kind of help on this.

11       And there was some other people, Elder Johnson, other

12   folks were there for the media.  But what I'm saying is to say

13   this.  We knew that the stories that were saying, that they

14   were saying were not correct.  They were not collaborating.

15   They were not the correct story.

16       And we went and did the things that we had to do.  And

17   sure enough, because they said he was headed toward me with

18   the taser.  I'm like, if he was headed toward you, I asked the

19   sergeant that day, I said if he was headed toward him with the

20   taser, where did he get shot?  Because that would mean that he

21   would be getting shot in the front.  And he would not answer

22   my question.  And at that point he just stopped.  I said,

23   okay, I already -- I already know the answer, thank you very

24   much.  And this was before the film.

25       But there's something about this whole incident that's

1    amazing, is that at the time that it happened, there was major
2    incidents going on across the United States.  And some people
3    looked at it as a racially-motivated incident.  And me, my
4    family, we were never raised that way.  My mother and father
5    never raised us to see color, only people for who they are,
6    not judge them based on what color they are, but the content
7    of their character.  And that's the way our parents raised us
8    to do that.  And so I never looked at it as a
9    racially-motivated situation.  But a person, and the thing
10   that ate me up for so very long is how someone could do that
11   to a person, once we saw the film.  How could someone shoot
12   some man in the back like that, as he was running away.
13       As a kid, me and my brothers, we were called the stunt
14   boys.  We were raised up on cowboys and Indians, so we watched
15   a lot of Westerns.  And our watching a lot of Westerns, there
16   was one -- there was a couple things that you never did as
17   cowboy, because they would hang you.  One of those things was
18   you never shoot a man in the back.  That was one thing.  And
19   the second thing was that you never shoot an unarmed man.  And
20   we have both of these incidents happening, an unarmed man and
21   a man running away.  In the cowboys' days, they wouldn't even
22   go to trial.  They would have gone straight in there and they
23   would have taken him out there and done what they done.
24       And when I saw the film that was filmed by that courageous
25   gentleman in the back, Santana, that had the courage of David

1   to stand and film.  And his life could have been threatened.

2   He could have been shot as well.  He didn't know where those

3   bullets were going, he could have gotten shot and killed as

4   well.  But he stood there and filmed, with the courage of

5   David.  And then he gets on the stand and he gets prosecuted

6   for doing that.  He gets torn apart for being a witness.  The

7   only credible witness that we had.  But his testimony got

8   ripped apart, because he was just in the right place at the

9   wrong time, but in the right place at the right time.  Because

10  if it wasn't for that film, we would not even be here today.

11  We would not even be standing in this courtroom today, because

12  the story that was told would have been believed.  And with

13  this brilliant defense team, we would have believed it.

14  Because they were able to convince a jury of 12 that what they

15  saw was not what they saw, but what they saw is what they said

16  they saw.  Not what you hear, not what you see with your eyes,

17  but what we tell you you're seeing and hearing is what

18  happened.  But we actually saw with our eyes what actually

19  happened and what actually took place that day.

20       It took me some time, Judge, to forgive Officer Slager.

21  And it was something that was eating at me and tearing at me

22  to the core.  I went through a great depression.  I would sit

23  for hours and just watch TV and not do things.  And until I

24  got the help that was needed to really realize what I was

25  going through.  But I also watched a movie, and it helped me

1    to release the pain of losing my brother.  And after seeing

2    that, that also God gave forgiveness in my heart for Officer

3    Slager.  I think I was the last one in the immediate family to

4    forgive.  I mean, forgiveness came easy for them, it came very

5    hard for me.  I was very angry at my family having to go

6    through watching this, our loved one being shot, over and over

7    and over again.  Walter had been shot thousands and thousands

8    of times.  All we could hear is those bullets going pop pop

9    pop pop pop.  Pop.  And we see my brother fall to the ground,

10   boom.  And his face hit the dirt.  And we see this over and

11   over and over again.  My mother, it took years for my mother

12   to watch that video.  My aunt just saw it for the first time

13   the other day.  This is something that can never be erased

14   from history.  Not from our history, never.  Never.

15        But God was in control.  This incident helped to change

16   how -- how it would be done here in the United States from

17   this point on.  And we don't know why our family was chosen to

18   endure this pain, to keep peace in America.  We don't know why

19   our family was chosen to keep peace in Charleston.  We don't

20   know why our family was chosen to lay the format for Emmanuel

21   Nine to begin.  We don't know why that happened.  But we know

22   that it did happen.  God prepared us so that we could get them

23   ready for what they had to go through.  From a mother to set a

24   calm on the ocean, so that there would be peace in Charleston,

25   so there would be peace in the United States, so that when

 1    that happened, they would be able to receive it.

 2        And the other day, you know, it was -- defense team said

 3    something, the only person he was able to talk to was Dylann

 4    Roof.  And I'm sitting, I'm like, wow, what luck.

 5        I'm glad that you had the good defense that you had,

 6    because that means nothing's uncovered.  Mr. Savage did a

 7    brilliant job.  There was nothing uncovered.  There was

 8    nothing unturned.  You had the best defense you could have

 9    gotten on the East Coast, maybe the United States.  I'm so

10    glad that you did.  I'm so glad you did.  There's no question

11    of the guilt.  I just thought you would have confessed sooner

12    than you did to the killing.

13        My family will never be the same again.  We have changed

14    in so many ways.  And I'm not angry at you, Michael.  Michael,

15    I forgive you.  And, Michael, I do pray for you now.

16    Because -- and your family.  Because we both going through a

17    traumatic time, and this is not easy for none of us and I do

18    pray for you.

19        And why do I do that?  It's because this has changed the

20    course of the United States, of the world.  And unfortunately

21    Michael made a bad decision that day.  That was a bad

22    decision.  He could have changed, he could have stopped, and

23    it could have been a bad decision made that day.  But it

24    didn't.  But it's something more and something greater that we

25    can not see.  That we don't even know.  We don't even know.

1    And there will be peace.  And we have seen changes already

2    in the United States as far as the body cams, and these things

3    right there, these things will help so that other families and

4    other people will not have to go through the same thing,

5    officers will not have to be questioned about what happened.

6    We will all know what happened.  So there's good things that's

7    come out of this.  And there will be even more good and great

8    things to come out of this.  But as a citizen, we all have to

9    be safe.  We can not judge somebody just because of the color

10   of their skin or the economical background or where they live,

11   that they're bad people.  Because that doesn't mean that

12   they're bad people because they live in a bad neighborhood.

13   They can't live somewhere else.  So we can not say because I'm

14   arresting somebody in a bad neighborhood that they're a bad

15   person.  That doesn't mean that.  That doesn't mean -- that

16   means that their economical situation may not allow them to

17   live.

18       All right.  I'm going wrap it up.  I'm good.  Thank you,

19   Judge.  And whatever your decision is, I am prepared to live

20   with it.  I am prepared because, see, at the end of the day,

21   there's another judge he has to face.  There's another judge,

22   too.  This judge is on this side right here, and like my

23   mother say, give him that before he see that judge.

24       Thank you.

25            THE COURT:  Thank you, Mr. Scott.

1          MR. FISHMAN:  Rodney Scott, the brother of Walter

2    Scott, and his wife Generia Scott, would like to address the

3    Court.

4          THE COURT:  Sure.

5          MR. SCOTT:  Morning, I'm Roger Scott, I'm the son of

6    Rodney Scott, Jr.

7          THE COURT:  Yes, sir.

8          MR. SCOTT:  Memories of my Uncle, Walter Scott, every

9    day I think of the best memories we shared.  Watching

10   football, as an uncle, being a father, a son, a brother to our

11   family, and an amazing cook.

12      Hearing of my uncle's death was an experience.  Seeing the

13   traumatizing videos that have left me with nightmares, dreams,

14   images that will never leave my mind.  This overnight life

15   tragedy has overpowered some of the most valuable memories for

16   us all and myself.  Nothing should ever replace a memory of a

17   loved one due to a murder for his actions.  He didn't deserve

18   to be a piece of history due to violence.  We love him, I love

19   him and truly miss him, and he is and will forever be missed.

20      Thank you.

21         THE COURT:  Thank you, Mr. Scott.

22         MS. SCOTT:  I'm Generia Scott, the wife of Rodney

23   Scott, the sister-in-law of Walter Lamar Scott.  I've known

24   Walter for about 35 years.  We met in church.  When we first

25   met, all of his family came.

1    I've tried to find words to tell you how Lamar murder has

2    impacted my life, our lives.  No words can ever explain or

3    describe the pain, the anger, the despair that I felt since

4    this murder.

5    Lamar loved spending time with his family.  He was a great

6    uncle to his nephews, his nieces.  He was that cool uncle.  He

7    was -- my daughter was his first niece, and he was the very

8    first one to buy her, her Barbie doll.  He was so proud of it.

9    She loved it and he loved her too.  He loved to watch her

10    play.

11    My husband and I worked different shifts, and he was also

12    there to baby-sit.  He had a way about kids.  He -- you would

13    never ever see him get upset, loud or even angry.  He was just

14    cool, calm and collected.  I miss him.  I miss -- he loved to

15    play chess, he loved to play dominoes and board games.  And at

16    family reunions I always made sure I had those games for him.

17    I also miss the Sundays that we would go over to the

18    house.  He loved to cook and we loved to eat.  But to find my

19    daughter already there sitting with her children watching

20    games with him, that meant the world to him.  That's all he

21    wanted.

22    We no longer have our grill master, our fixer-upper.  Why

23    we have to hurt?  I can only reminisce on the wonderful times,

24    because we'll never see Lamar again.  I remember, I can see

25    him as he would just turn his head slightly to the side, shrug

1    his shoulders and laugh.  My son does a little thing with his

2    teeth that he likes to do, and that reminds me so much of

3    Lamar.  He didn't know that, but --

4        It's hard to see that my husband has lost his brother, and

5    especially in such a manner.  It's hard to see him, he's a

6    talker, so he talks constantly.  He reads every article, he

7    watches those videos over and over again.  I'm a nurse of 27

8    years, and I feel like I can't even help him to manage his

9    needs.  This has really hurt us so much.

10       Michael Slager, it is your duty to protect and serve us.

11   You displayed such a horrific and shocking position that you

12   placed five bullet holes through my brother.  You destroyed

13   our family mentally in this process is as well as physically.

14   I have never experienced so much sadness, guilt and anger

15   before.  I am certain that it will not end today with this

16   sentencing.

17       I beg you, Judge Norton, for the sake of the Scott family,

18   to give Michael Slager the same leniency he gave to Walter

19   Lamar Scott.

20           MR. SCOTT:  Good morning.

21           THE COURT:  Morning, Mr. Scott.

22           MR. SCOTT:  My name is Rodney Scott, Sr., I'm the

23   youngest of the three children that my mother had.  No one in

24   this room could know or understand the kind of relationship

25   that I had with my brother Walter.  We did everything together

as children.  My parents raised us in the church environment.
Every Christmas, Easter, Thanksgiving, I mean, every holiday
there was always a big celebration between me and my brother.
My brother slept on top bunk, I slept on the bottom bunk.  We
had our onesies, pajamas and house coat and everything.  Our
parents just -- they worked hard, did it all to make sure that
we grew up to be respectable young men.  You know.  And we
went on vacations, I mean, had great vacations together, you
know, and I'm going to miss those days.

April 4th, 2015 was the worst day of my life.  I was at
work that morning, and we were dispatched to do our job.  And
of course you always hear sirens on Rivers Avenue, but that
particular morning was different.  I mean, it was a rather
loud, and I mean, more than what it normally would have been.
And me not knowing that that's -- those sirens remind me now
that that was the sirens going towards the incident that had a
taken place with my brother.  That would be embedded in my
mind for the rest of my life.  Because like I said, I didn't
know until I got off work that day.

My brother is really truly going to be missed.  The day of
my brother's funeral, I saw friends of him that he had that
came from far and near.  I mean, this killing of my brother
went global, I mean, it touched lives all over the world.  We
got phone calls from friends of his that went to school with
him, went in the Coast Guard with him, he had friends that

1   traveled from California, Maine, I mean, you name it, they

2   came from everywhere.  He must have had had over a thousand

3   people at his funeral, because they couldn't believe, not

4   Walter Scott.  Not Walter Lamar Scott that went to St. Andrews

5   High School with us, it couldn't be.

6        My phone is probably blowing up right now because still

7   people in disbelief what we went through, what we had to go

8   through.  My church family, they all hurt.  My brother led

9   songs, I mean, the opening song for church on Sundays, he led

10  that song.  As a matter of fact, the church that we belong to

11  right now to this day, I remember the first Sunday I went

12  there with him, visit the church with him, and he was rushing

13  me, let's go, let's go, I got five more minutes, I got to be

14  on the stage, I got to do what I got to do.  And I said okay.

15  We got there on time, and when he was walking up on the stage,

16  he was just looking at me, because I was the only one in the

17  family that time to visit.  And he was just smiling, looking

18  at me, because his little brother was there.  You know.  And

19  I'm going to miss that.

20       I mean this is just so much.  I mean it hurts so bad,

21  Judge, it really hurts so bad.  You know.  And you know what,

22  my wife told me I was crazy one day, I said I not only hurt

23  for me, I hurt for his family.  I hurt for him.  He's sitting

24  in the hot seat right now, and I'm like, why did he do what he

25  did?  He didn't have to go that far.  You know, my brother

1    went and he shouldn't have ran, but he did run.

2         You know, and he was only stopped for a taillight.  I even

3    went as far as to purchase a taillight.  A bulb.  A light

4    bulb.  He stopped my brother for a light bulb.  A $1.58 light

5    bulb.  And like I said, he shouldn't have ran, but he did.

6    And that's all he did at the end is try to run.  Tried to get

7    away.  And, Judge Norton, I promise you, there was never a

8    fight.  My brother didn't want to fight him.  I know, if

9    nobody else know my brother better than me, I know he didn't

10   want to fight Michael Slager, he didn't want to do that.  All

11   he wanted to do was get away.

12        He had a bag of groceries in his car that he had gotten

13   from a church function that they were giving away food.  And

14   in his mind he wanted to have a cook out.  And I probably was

15   going to be at that cook out.  And when I got the phone call,

16   leaving work that same day, my plans were to go to his house.

17   I told my wife, she said, where you going?  She said, you need

18   to come home.  I said, I'm getting ready to go to Lamar's

19   house when I get off on Saturdays, that's where I go to visit

20   him.  And every time I'm at his house, I go to his house, he's

21   playing dominoes.  And all the board games you can name was at

22   his house, because he was just that fun person.

23        Family reunions, all the -- when we had the family get

24   together, start singing, guess this cartoon game, cartoon

25   song, whatever, he'd be the one in the midst, and he would

1  name all of them, and they would just laugh and have a great

2  time.  My brother was the brother that when we planned for

3  family reunion, he was always the one there.  We get all the

4  tables together, chairs and everything, and we worked

5  together.  I'm going to miss that.

6      I have cried and cried so much.  Because of the loss of my

7  brother.  But I still keep asking myself, why did Michael

8  Slager have to go that far.  A trained policeman, I mean,

9  right here in the courtroom.  He was the one main person, if a

10 situation went bad, he would be the quick thinker to get the

11 job done.  And just like he displayed that day, he was such a

12 quick thinker to do what he did, and then turn around and try

13 to cover it up.  Quick thinker.

14     And I will never forget a few days after, I think it was

15 that Monday, I told my oldest brother after they -- we gave up

16 the video, seeing that video for the first time, we were in

17 total disbelief, no, that's not Walter.  That's not him.

18     And then I said, you know what, I would love to have been

19 a fly on the wall to see the reaction of Mayor Summey and

20 Scarlett Wilson when they saw that video for the first time,

21 especially after it had already been displayed on TV that, oh,

22 man, took the officer's taser, shots were fired, man down.

23 They had already accepted his story, and it was -- That was

24 the thing, Michael Slager would have been on the job the next

25 day, had it not been for the video that Santana took, he would

 1    have been on the job the next day working, you know.  But sure

 2    enough, you know, when they saw the video that day, I'm sure

 3    they were really really shocked to see what really happened on

 4    what was portrayed that day.  You know.  And Mayor Summey got

 5    on TV, and he said, when you're wrong, you're wrong.  Chief

 6    Driggers said he treated the situation just like his own

 7    child, it hurt him to see that -- what the wrong that he saw

 8    that day before he went into.

 9        When we spoke with the President of the United States, he

10    felt as if it was wrong what he did.  He made a bad decision

11    that day.  And we shouldn't even have to go this far.  We

12    went -- we spent so many taxpayers' money and time going

13    through a first trial which ended up in a mistrial, and now

14    we're here today almost a week trying to decide who was right

15    and who was wrong.  Defense did an excellent job trying to

16    defend him, but our defense team did a good job trying to

17    defend us.

18        But the picture's worth a thousand words.  The evidence is

19    right there, what he did.  You know, we all have our -- how we

20    can make believe what we think may have happened.  Our

21    narratives, different narratives, everybody have their own

22    narrative as to what they think they saw, but the truth is

23    there.  My brother was gunned down for no reason.  That should

24    not have happened, Judge.

25        And people have asked me, well, what kind of time do you

1    think he should serve?  I think, I think he should serve no

2    less than five to ten years every time he pulled that trigger.

3    Because when he pulled that trigger, he knew what he was

4    doing.  He pulled that trigger eight times.  And I didn't even

5    know, I had friends call me, said, man, did you hear he paused

6    on the eighth round to make sure he knew where he was hitting,

7    the target he was hitting.

8        I spoke with several police officers, friends of mine,

9    that told me, you know what, Michael Slager, he's a man, I've

10   been a police officer years, I never even gave it a thought to

11   pull my gun on anybody.  I don't want to kill nobody.  So he

12   told me, he said you know what, he had to have been

13   comfortable in his skin to do what he did.  To see a human

14   being, a man, he was -- my brother was humiliated, handcuffed,

15   and left for dead, bleeding on the ground.  His body language,

16   Michael Slager's body language didn't show any care or concern

17   about who he had just shot.

18       And I watched that video over and over.  I know I must

19   have watched it over 2000 times.  And I kept trying to make

20   sense, I mean, why is he doing that.  I mean, why did he even

21   enter the brick road?  He had everything he needed.  What's

22   the first thing a police officer asks you when he approach

23   your car, driver's license, registration.  Michael Slager had

24   driver's license -- he didn't have the registration, he had

25   driver's license a suspect and a car.  So I keep asking

1    myself, why did he even have to enter the yellow brick road.

2    Just let him run.  It's 9:00 o'clock on a Saturday morning.

3    Why do I even have to run behind him.  I got what I need.  I

4    got the most valuable evidence, his license with the picture

5    that match his face.  I got you.  So go ahead and run.

6        I tried to come up with so many different scenarios as to

7    why did it have to go that far.  Especially with an expert

8    trained policeman.  My brother should not have died.  Not

9    because of that, not because of running.  And then in the end,

10   that's all he did is run, try to get away.

11       I will put my life on it today, there was never ever a

12   fight.  He didn't want to fight him.

13       But my heart goes out to his family, because he got hurt

14   just as well.  His little boy that was just born, he's going

15   to grow up without a father present.  But at the same time, my

16   nephew and my nieces, the day she get married, she will never

17   be able to have her father walk her down the aisle.

18       And Miles will never forget the screaming and hollering of

19   his dad on the phone.  That's his last memory, that's been

20   chiseled in his brain, his father screaming for dear life.

21       And I'm not going to hold police officers, any law

22   enforcement accountable for what one man did.  Because we

23   don't have -- they aren't all bad policemen, but the ones that

24   are bad need to be filtered out.  And I thank God that God was

25   there, he had to have been there, had to have been in that

1    moment for him to be there, Santana to be there to take that

2    video.  Because I spoke with Santana, he didn't even know how

3    to use the video player, he just turned it on and he captured

4    what needed to be captured.  All I can say is that had to be a

5    move of God to do that.  Because like I said, if it wasn't for

6    that video, Michael Slager would have been working today.

7        And, Judge, when you do your sentencing, I hope you take

8    into consideration that this is not only a life-changing

9    situation, but it's world changing.  This has gone global.  We

10   are making history today.  And I want Michael Slager to pay

11   for what he did.  I want the sentence to be to the level where

12   he won't ever forget it, that you made a mistake.  He did that

13   exclusively, himself, made that decision.

14       So thank you, Judge, for hearing me.

15           THE COURT:  Thank you, Mr. Scott.

16           MR. FISHMAN:  Thank you, Your Honor.  I would also

17   just note for the record the Government's previously submitted

18   a victim impact statement binder.

19           THE COURT:  I've read them.

20           MR. FISHMAN:  Thank you, Your Honor.

21           THE COURT:  Anybody else?

22           MR. FISHMAN:  Pursuant to the plea agreement,

23   Solicitor Wilson would like to address the Court as well.

24           THE COURT:  Will she be your last person?

25           MR. FISHMAN:  I believe so, Your Honor.

1          THE COURT:  Then we'll take a break and I'll hear

2     from the defendant.  Yes, ma'am.

3          MS. WILSON:  Thank you, Judge.  I'm not going to be

4     long.

5          Mainly what I want to do, per the plea agreement, is

6     express our thanks to you.  You have been so courteous, so

7     patient through this whole process.  You've seen through the

8     noise.  It has been clear that you have kept focus on the

9     things that needed to be focused on.

10         Obviously the State Law Enforcement Division has also been

11    through a lot with this case, and a lot of things have been

12    said about them and their handling of this case.  And I can't

13    say enough, that through my meetings with them through this

14    whole process, that I've never seen anything inappropriate by

15    SLED.  Did they make mistakes?  Yes.  All of us have made

16    mistakes in this trial and in this investigation, I'm sure.

17    But they have been earnest in the things that they did, and

18    they did a fine job by Michael Slager and by Walter Lamar

19    Scott.

20         I also want to thank you for the consideration that you

21    gave to the fact that there was a dual prosecution.  That's

22    not an ideal situation, we recognize that, and we appreciate

23    your finding that that took this case out of the heartland, we

24    certainly understand that.

25         But you have been more than gracious to the defense, to

1    the AUSAs, to our office and to the witnesses and the family.

2    If you recall, when we met with Mr. McCune at one of the

3    state hearings, there was no race to get in the courthouse, it

4    was how can we space these things out so this family doesn't

5    have to sit for week after week after week back to back.  And

6    you did what you could to accommodate us.

7    I can't stress the importance of the Department of Justice

8    getting involved in this case and for your handling of this

9    case.  Because the fact of the matter is, you know, maybe we

10   could have tried this again with a jury, proven this case

11   beyond a reasonable doubt, maybe not.  But the truth is that

12   people in other states, people across this nation don't really

13   care what the D.A. in Charleston did or does, or what the

14   state judge does.  They do care what the Department of Justice

15   believes and the position the Department of Justice takes.

16   They do care what a federal judge finds and what a federal

17   judge sentences.

18   So your involvement, the Department's involvement, we

19   think was critical in this case.  And it's where it needs to

20   be.  And it's unfortunate, some of the way that this unfolded,

21   that's a whole other story, but we appreciate the way you

22   handled this.

23   You've seen this family in public, I've seen this family

24   in private.  What I can tell you is that what you have seen is

25   authentic.  And it has been a long journey of trust.  And I

1   wish that people across this country, with what we're seeing

2   in politics, in discussions about behavior in corporations and

3   organizations, I wish that people could give each other the

4   consideration that this family has given me and I've given

5   them.  We've come a long way, and we've had many many talks,

6   many laughs, many tears, many debates.  But there was always

7   respect for each other's position.

8       And so many can learn so much from these people.  And I

9   can not overstate how important they were to keeping the peace

10  here.  This could have been so much different.  We looked, we

11  as a community looked to this family, and they guided us.  And

12  we all need to be grateful for that.  I certainly am grateful.

13  I don't know why they were chosen either, and I don't want to

14  say that I'm glad they were chosen, but I will say that I

15  can't imagine having gone through this with any other family.

16  And I am eternally grateful.

17      You know, I told the story after the guilty plea, and

18  again goes to the authenticity of these folks.  When it was

19  the night before the plea and I was over at in their home,

20  just us, just talking about what was going to happen in

21  Federal Court.  And Miss Scott started to cry.  And I thought

22  that she was crying about Lamar.  And, you know, I was asking

23  her why, why was she crying, did she want to talk about it.

24  And she said, I'm not crying for Lamar, I'm crying because I

25  know that Michael Slager has a son.  And she was worried about

1   that.  Genuinely worried and concerned about Mr. Slager and

2   his child.  That was -- there were no cameras around, there

3   was nobody but me, and that was what was in her heart.  And I

4   have seen that so many times with them.  Yes, they want

5   justice, yes, they want consequences, yes, they want

6   accountability, but they also believe in compassion.  And

7   that's been clear to me from the start.

8        So as to the sentence, I don't have an ask of you, except

9   to do what you've already done.  This isn't a life case.  I am

10  not sure why Mr. Savage and Mr. McCune could put in a brief

11  that I had pushed for life.  That's never come out of my

12  mouth.  I don't believe this is a life in prison case.

13       I've been prepared to go through e-mails and things

14  regarding what my thoughts on sentence were, but it certainly

15  wasn't that, and it really wasn't even 25 years, as he stated

16  yesterday in court.

17       This is serious.  But what we ask is that you do what

18  you've already done, and it really is to be strong, be

19  courageous and do the work.  You've done it.  You've got great

20  support, you've got a great team, and we know that you're

21  going to get it right.

22       Thank you.

23          THE COURT:  Thank you.  We'll take a break.  We'll

24  start again at 11:30.

25       (A recess was held at this time.)

```
1              THE COURT:  Mr. Savage?

2              MR. SAVAGE:  If I may, Judge, before I start, I'd

3    like to thank everyone in the Scott family for their

4    courtesies that you've extended to me as an attorney and your

5    understanding of my position and obligations.  And,

6    Mrs. Scott, particularly for you, for your forgiveness of

7    Michael and your courage of your convictions.

8         Judge, I want to be sure that I understand the Court's

9    ruling before I say anything further.

10        It's my understanding that in reference to 2H1.1, you have

11   determined that 2A1.1, 2A1.3 and 2A1.4 are inappropriate, and

12   you have found a cross-reference to be 2A1.2.  Is that

13   correct?

14             THE COURT:  Well, I haven't memorized the guidelines.

15             MR. SAVAGE:  So it's not murder, it's second degree

16   murder.

17             THE COURT:  Right.  That will be delineated in a long

18   written order that you're going to get.

19             MR. SAVAGE:  So -- and you have also found that an

20   enhancement under the statutory guidelines for a plus two

21   under obstruction of justice?

22             THE COURT:  Correct.

23             MR. SAVAGE:  With respect to the acceptance of

24   responsibility, has the Court ruled on that?

25             THE COURT:  I think he gets acceptance of
```

1    responsibility.

2           MR. SAVAGE:  Thank you.  And then there's been a five

3    level, is that correct?

4           THE COURT:  Two level on departure, two level on the

5    variance.  Departure in the 5K2.0.

6           MR. SAVAGE:  Okay.  Judge, I have watched you for a

7    long time, including this week.  And I don't mean these

8    remarks directed on a personal basis, as you might imagine, I

9    do have some issues.

10      There are constitutional issues concerning your authority

11   to make the decisions that you've announced today.

12      The jurisprudence in the United States of America, when it

13   comes to criminal law, is based first and foremost on the

14   presumption of innocence and the right of every defendant to

15   have his charges considered by a jury of his peers, to a

16   burden of proof beyond a reasonable doubt.

17      In this case the defendant, Michael Slager, chose to have

18   his case determined by a jury of his peers, of which he had

19   one year ago.  That jury found he was not guilty of murder,

20   and could not make a decision on the issue of manslaughter.

21      Following that jury verdict, or nonverdict, the

22   defendant's attorneys went to Washington, D.C., where they met

23   with the appointed civil rights section leader and six or

24   eight of his assistants, and asked the Government to proceed

25   with their case after, as they have done in just about every

1    case of a similar nature, once the State was done.

2         The reason for that is because if we had tried this case,

3    as Mr. Slager was entitled to, before a jury, we would have

4    faced enhancements for the usage of a weapon and for

5    obstruction of justice.  But the gravamen of the case is that

6    2H1.1 violation of civil rights.

7         The jury would not have been able to have any influence on

8    the sentencing.  Again, the Court, to a burden of proof by a

9    preponderance of the evidence, whether we went to trial or

10   whether we pleaded, it would have been the same thing.  Basic

11   constitutional unfairness.  The Court, unlike a jury, in your

12   remarks this morning, indicated that you counseled with your

13   law clerk.  She's not a juror.  If she was a juror, I would

14   have had an opportunity to question her opinions, her

15   prejudices, I would have had the choice of placing her on the

16   jury or not on the jury.

17        The Court then admitted that it consulted with a forensic

18   pathologist.  A jury would have been held in contempt of

19   court, had they done that, if they didn't determine the facts

20   of the case from the evidence presented under oath in the

21   courtroom.

22        So although the Apprendi decision and the subsequent

23   decisions, Apprendi being one that supports the right to have

24   a jury determine the aggregate factors, but within the

25   statutory maximum in this case, admittedly the statutory

1    maximum of life, and although the Court is correct in its

2    rulings about the entitlement of the Court to make these

3    decisions, the defendant, Michael Slager, nonetheless takes

4    objection to the Court's ability, not the decision, but the

5    ability to make the decision, as being unconstitutional and

6    contrary to the rights of the defendant.

7        This Court could have placed Michael Slager on probation,

8    or they could have placed this defendant in jail for the

9    remainder of his life.  And that decision that the Court has

10   made, is being made on the basis of facts that this Court has

11   heard within the courtroom and outside of the courtroom.  And

12   we believe, therefore, not the judge's decision, but the

13   judge's ability to make that decision on aggravating factors,

14   is unconstitutional and would take exception to that.

15       Now, having moved on from that position, we would ask the

16   Court to sentence Mr. Slager within the guidelines that the

17   Court has determined, at the minimum level.  And we would ask

18   the Court not to -- we are not seeking a departure, but we are

19   seeking the Court's basis for a minimum within the guidelines

20   sentence on 5K2.10.  We realize that the Court has ruled

21   against us on the departure issue, but again, we are asking

22   within the guidelines for minimum sentence.

23       We're asking the Court, as we wrote in our memorandum on

24   5H1.5 or 5H1.6, 5H1.8, 5H1.11.  Again, guidelines that do not

25   apply, we have not asked for, because we don't believe, in and

1   of themselves, or combined, they would provide an opportunity

2   for the Court to give us a departure on that basis.  But as

3   the policy of the guidelines read, the Court may very well

4   consider them in terms of within the guidelines sentencing.

5        Charlie Bennett?

6             MR. BENNETT:  Morning, Your Honor.

7             THE COURT:  Morning, Mr. Bennett.

8             MR. BENNETT:  My name is Charlie Bennett.  I am a

9   detective with the North Charleston police department.  I have

10  worked with Michael Slager since I was hired in October of

11  2010.

12       Before I start, I would like to offer my heartfelt

13  condolences to the Scott family for the very real and very

14  affirmative pain that you guys experienced because of this.  I

15  know this guy.  The grace that you have exemplified through

16  this process has been very admirable, and I appreciate that.

17  Thank you.

18       When I was first hired, I started out, as most officers

19  do, I worked in patrol, I was assigned to the south midnight

20  team.  My team and Michael's team overlapped one shift every

21  week.  And I worked on that team for the first year that I was

22  there.  During that time I came to know the character of

23  Michael Slager.  He was known as an officer that other

24  officers who weren't -- that had not been on the force as long

25  as he had could go to, to ask questions about police matters,

about the law, about policies, procedure.  He was known as
somebody that is very even-keeled.  And police work, as in any
profession, you have people with all manner of personalities.
There's some people, some officers that you know that are a
little more keyed up, that they come onto a scene, it's likely
to escalate just by the nature of their personality.  Michael
was the opposite of that.  I believe that's reflected in the
fact that his sergeant chose him to be the bar officer, which
meant that he would go to bars when they're closing, and keep
a rowdy crowd from becoming rowdier.  And help them disperse
in a peaceful manner.

I also got to experience the fact that he was known for
this calmness a little more when I made detective assigned to
the special victims unit, I worked with sex crimes and child
abuse.  Michael's sergeant again selected him to be the one to
respond to the overwhelming majority of the sex crimes that
were committed on his shift.  Sexual assault victims have a
whole range of responses to their victimization, and can be
from hysterical to very angry to being very muted, very
detached.  And Michael was selected for this position because
his very nature is very empathetic and very patient.

He was able to go and meet with these victims and take the
time and express to them his concern for what was going on.
And that resulted in the product that I received, which would
be his initial report.  It contained not just the basics that

1    I would need to start my investigation, but far more.  So and

2    I've actually had victims who have come to me since all this

3    has transpired to express their support for him in that

4    manner, because of the kind and gentle way that he treated

5    them.

6        I understand that Mike pled guilty in this case, and I

7    respect the decision to do so.  I would ask that Your Honor

8    consider the character of the man that I know in making your

9    ultimate decision, and I beg for a sentence that is both just

10   and merciful.

11       Thank you.

12           THE COURT:  Thank you, Mr. Bennett.

13           MR. SAVAGE:  John Paolucci.

14           MR. PAOLUCCI:  Morning, Judge.

15           THE COURT:  Morning.

16           MR. PAOLUCCI:  I would also like to offer condolences

17   to the Scott family, and you are in my prayers.

18       Judge, I served 20 years in the New York City police

19   department, 13 of those years I was a sergeant and retired as

20   a detective sergeant in the forensic investigation division.

21   Currently I'm a crime scene analyst, and I work cases

22   throughout country and have done work internationally as well.

23   I've been on this case with Andy Savage since the very

24   beginning.  I first met Michael Slager on video and then

25   through a glass and eventually in person.  I've been through

1    his entire life page by page, and got to know him through the

2    eyes of his family and his colleagues, and even watched his

3    son Isaac growing up, often while his father was incarcerated.

4        I attended a christening party for Isaac, which Michael

5    Slager could not make because he was denied bond on that day.

6    How many of our close friends can we say that we've been

7    through every detail of their life?

8        As Michael Slager's life unfolded before me, I was very

9    impressed with him both personally and professionally. You

10   can be certain if there was anything negative in his life, it

11   would have been a front page story. Lieutenant Humpfries

12   described Michael Slager as the go to guy, self-motivated, and

13   maintained a neat professional appearance. As a supervisor,

14   I'm being generous if I said that one in ten cops can be

15   described as such.

16       I would say there are cops and there are civil servants,

17   as I'm sure you know. At its peek, NYPD had 40,000 members of

18   the service. I've known many cops in their work ethic. A cop

19   like Michael Slager is very rare.

20       Ironically, throughout the many procedural setbacks and

21   outright lies published and broadcast about this case, Michael

22   Slager is one of the only members of the defense team who

23   never lost his composure. I was always impressed with how

24   Michael Slager was able to accept his situation and continue

25   to move forward with his defense. I've never seen him angry.

1    During the state trial, my mother was terminally ill, and

2    I commuted between sleeping beside her in a hospital room and

3    coming down here to Charleston to participate in Michael

4    Slager's defense.  Every morning when Michael saw me, he'd put

5    his arm around me and say, John, how's your mom, I'm praying

6    for her.  Then he'd be taken away in Kevlar so he could go to

7    court.

8    As a New Yorker, I've known thousands of people in my life

9    in my capacity as a seeker of the truth.  Judge, I tell you,

10   I've never met a finer human being than Michael.  God

11   forgives, and the truth awaits us all.

12   Thank you, Judge.

13           THE COURT:  Thank you.

14           MR. SAVAGE:  Thomas Slager.

15           MR. SLAGER:  Morning, Your Honor.

16           THE COURT:  Morning.

17           MR. SLAGER:  Your Honor, my name is Tom Slager, I'm

18   Michael's father.  I want to thank you for giving me the

19   opportunity today to address the Court.

20   This has been such a tragic life-changing experience for

21   all of us.  Not only the Scott family, but to our family.  But

22   I will say that when I found out I could say a few words

23   today, I didn't know what I was going to say.  But what I will

24   say is it's coming from the heart.  I don't have anything

25   prepared, so please bear with me.

1    From an early childhood, Your Honor, Michael would always

2    help people.  I think that was instilled in him from my

3    experience as an officer in the military in my younger years,

4    where I experienced more pain and suffering and death, I

5    think, than most people should in a lifetime.  And the take

6    away from that was that I wanted my children to be raised with

7    where they give back and they make a difference in life and

8    they help people.  And Michael was no exception to that.

9    From a young age, I remember him coming home from school

10   in elementary school and helping the older neighbors out by

11   taking their trash cans in and helping them with yard work.  I

12   remember when we would go to Habitat for Humanity projects,

13   and he was the only child there, and although he couldn't do

14   the heavy lifting, because he was too young, he did help a lot

15   by passing us tools and replenishing our supply of nails and

16   so on.

17   And I remember one particular day when we were leaving, it

18   was a very hot day and we were both very sweaty, and we were

19   in the car and we stopped to get a cool drink.  And in the

20   car, as we were drinking our soda, I looked over at him and he

21   had this look of kind of like a half smile looking out the

22   window, and I remember looking at him and knowing what that

23   look was.  That was a look that you get when you are dead

24   tired, you work hard, you make a difference, and you help

25   people.  And I was very proud of him at that moment, knowing

1  that he was on his way to a life of service and to helping

2  people.

3      Not only did he help people, but he also improved himself

4  in his early years at every chance he could get.  I remember

5  his first job when he worked at the local McDonald's, like a

6  lot of the kids in school did, when he came home with his

7  first paycheck, and that was a big deal, he had his name on

8  it, it was really a big deal for everyone.  And when he got

9  enough skill there, he then went on to a theme restaurant

10  where he made more money, more experience.  Then from there,

11  while going to school, he went to a catering company that

12  catered to high-end events and made even more money.  And even

13  as recently as when he worked in the North Charleston police

14  department while working full-time and raising a family, he

15  went back to college and finally completed his degree.

16      When he was in high school, he came up to me and said he

17  wanted to join the EMTs, which was an affiliate of the local

18  fire department.  And not in a negative way, Your Honor, but I

19  asked him more for a dialogue, why would you want to join the

20  EMTs.  And he told me the very first thing he said was that he

21  wants to help people.  And help people he did.  Once he got

22  his training, he went on calls from helping kids that had

23  bicycle accidents to multi-car crashes on the local interstate

24  and everything in between.

25      And one of the stories or the calls he went on that really

hit home with me that I still talk about today, is one night

when he came home on the weekend, he was called to a local

hotel complex where there was a wedding reception going on.

And apparently the father of the bride had a heart attack.

And his team stabilized the man, kept him alive and took him

to the hospital.  And unfortunately, the man died a few days

later.  But it was a tragic event, and he had talked about how

not only for the family it was so tragic, but for the guests

and even the employees of that hotel complex.  Everybody was

visibly shaken.

Jumping ahead a few years later, when Michael was in the

Coast Guard.  One of our long-time neighbors moved out, and a

younger couple moved in.  And I invited them over for dinner

to welcome them to the neighborhood and to get to know them

them a little better.  And it was that night, it didn't take

long before we all realized we had something in common that we

never would have thought of.  It was Deb's dad that passed

away and that Michael helped take to the hospital.

And I remember them telling me, you know, that they

remember the EMT crew being there, getting there so fast,

stabilizing their father.  I remember them saying that they

had two additional days to spend with him, and how a lot of

us, when we experience death, that sometimes we don't have the

opportunity to say things, but they had the opportunity to say

everything they wanted to, to their father.  And it was a very

1    emotional time, as you can imagine.

2        I looked on the wall and I saw his picture, and I tried to

3    reach out to him. And he was out at sea at the time and we

4    couldn't talk to him. But they also said that he had a -- he

5    had given them at that point a level of closure that they

6    never had. Because now they came full circle with the people

7    that actually helped their dad, and the people that actually

8    gave them that opportunity to spend a few more precious

9    moments with their father before he died.

10       Now backing up a few minutes when -- a few months now when

11   Michael did decide to join the Coast Guard, he had graduated

12   high school, and he went to college for a year, didn't like

13   it. And he came to me and asked me about going into the Coast

14   Guard. And again I asked him, not in a negative way, but more

15   of a dialogue, why would you want to join the Coast Guard.

16   And the very first thing he said was because he wants to help

17   people. And help people he did, from rescuing people off the

18   coast of Cape Cod, to searching for lost fishing vessels where

19   everybody on the ship was sick, it was so rough, to when he

20   was transferred down to Cape Canaveral in Florida and he was a

21   boarding member and did drug interdiction missions and guarded

22   the space shuttle, and even protected the manatees during

23   their mating season from boaters that could injure them.

24       And he enjoyed the Coast Guard. And when his initial

25   enlistment was up, he decided to get out. And one his friends

1    had lived here in Charleston, and he decided to listen to him

2    and move to Charleston.  And shortly after that, he contacted

3    me and told me he wanted to be a police officer.  And once

4    again, for the third time I asked him in that more of an open

5    dialog, why would you want to join the police department.  And

6    once again he said because he wants to help people.  And not

7    only did he say that, but he said, what better way to help

8    someone than that lives in your community.

9        And so that life of service that I envisioned him having

10   was continuing on in his later life.  And while a police

11   officer, although the media has been very kind to him on that,

12   he did a lot of good for a lot of people.  And one of the

13   things we would talk about when he would have to take someone

14   to jail or transport someone to the local jail, as he was

15   doing that, he would tell the people in the back of his car,

16   it's okay, you know, you're going to be all right, this is --

17   you made a mistake, but you can change your life.  And

18   apparently he, with this humility he showed to them and this

19   understanding, they actually got a few letters that were sent

20   to the local police department.  And I know you got a few

21   letters, that he probably affected a lot of people, because

22   unfortunately today people don't usually reach out and thank

23   you for things.  So I know he made a difference.

24       Some of the calls he would go on were heart breaking.  He

25   would tell me the time he went to a location where there were

1    abandoned children there, and there was fecal matter all over

2    the floor and mattresses and trash, and the kids were just so

3    dirty.  And they were also full of bed bugs, bed bug

4    infestation all over them.  And once the children were taken

5    care of, he had to go out in the street, take off all his

6    clothes, strip naked and be decontaminated himself so he

7    wouldn't bring those home to his family.  And I remember him

8    talking to me about that, and not so much about at all, he

9    didn't really mention the decontamination, but how can people

10   treat children like that.  It really affected him.

11       And then there was another case where a young teenage girl

12   was slashed by her boyfriend because she wouldn't have sex

13   with him.  I believe he cut her ear off and part of her nose.

14   And he says he never forgets how she looked at him when he

15   went in there, looking in her eyes, and again, what happened.

16       Michael had a lot of compassion.  He still does.

17   Obviously he's a good man.  And I think what happened that day

18   was such a profound and such a tragic event, it was almost

19   like the perfect storm, if you could look at it that way, so

20   many little things came together that day for that to happen.

21       I look at the -- during the trial we had one of the SLED

22   investigators said they couldn't remember a question, because

23   they were only taught that in the Academy.  Well, it's the

24   same with Michael.  He got the majority of the training in the

25   Academy, and then once they hit the street there was very

1  little training in North Charleston.  Especially with the high

2  crime area it is, almost number one in the country, compared

3  to the FBI statistics, the violent crimes they have there.

4  And they -- he didn't have the training, I think, to help him.

5      I think the fact that even with that high crime area,

6  leadership gave off the majority of the police officers that

7  day in that area, as we talked about in court already.  And

8  not only the patrolmen, but the leadership positions.

9      And I think another part of this perfect storm, and I

10  don't mean this in a negative way to the Scott family at all,

11  but I think that Walter Scott was let down by society.  I

12  think Walter Scott should have got the help he needed when he

13  was kicked out of the Coast Guard for drugs.  And over the

14  next 25 years with the, you know, the being fired from jobs

15  for drug use, I think today's society, we just throw people --

16  we don't give them help.  We just throw people aside.  And you

17  know, I think his employers have responsibility to help people

18  today.  You can't just say fire somebody for being on drugs

19  and then that's it and get to pass the problem on.  I really

20  think that was a -- that was a situation that we have a big

21  problem in this country with today.

22      So I think there's a perfect storm that came together.  I

23  know that Michael did not wake up that day at all mean,

24  unhappy.  He was very happy that morning, he was looking

25  forward to Easter Sunday, the next day, to spend time with his

1    family, go to church, and actually had a few days off after

2    that.

3        And I know he is devastated by this as well as we all are.

4    And when I flew down here the next day when I found out about

5    the shooting and I got the first flight, I got here about

6    6:30 in the morning, and the chaplains were over at his house

7    and he was devastated.  I mean, he was just devastated.  And

8    he kept saying, why did this have to happen.  And I know the

9    next few days he couldn't sleep, you know, he wasn't like the

10   media portrayed he didn't care.  He was very upset.  And

11   rightly so.  We were all upset and all -- we were all breaking

12   down.  Including myself.  It was awful.

13       And so I hope you learned a little bit more about Michael,

14   about his life of service and how we tried to raise him.

15   Michael's mother and I have been divorced for about 25 years

16   almost now, and we both -- we're still a strong family when we

17   come together and help our children out.

18       And I do also want to thank the Scott family.  They -- I

19   am so sorry, as a father, I'm very sorry for what happened.

20   And this has changed so many people's lives, our friends, our

21   families, people all over the world.  But it's just a terrible

22   tragedy, never should have happened, Your Honor.

23       Thank you.

24           THE COURT:  Thank you, Mr. Slager.

25           MR. SAVAGE:  Karen Sharpe.

1      MS. SHARPE:  Judge, I'm Karen Sharpe, I'm Michael's

2   mother.  I just want you to know Michael's a wonderful person,

3   a son, a husband, and now he's a father.

4      This incident, this happened a month before his little boy

5   was born.  He was not able to be there, but I was, and my two

6   daughters.  So my daughter-in-law had us there with her.

7      I want you to know that Michael did not do this out of

8   anger, out of prejudice, he was doing a job that he had.  That

9   was his job.  And as Tom said, just a perfect storm.  The only

10  three people who know what happened that day is God, Michael

11  and Mr. Scott.  Nobody knows, no eyewitnesses, it's just the

12  three of them.

13     And I know this is a tragedy.  I know it's not just mine,

14  it's your family too.  And I think about this constantly every

15  day.  And I just know Michael, this will be in his heart for

16  the rest of his life and something that will never ever go

17  away.

18     But I just want you to know he is a very good person.  And

19  we all love him very very much.  Thank you very much for

20  listening to me.

21      THE COURT:  Thank you, Mrs. Sharpe.

22      MR. SAVAGE:  Madeline Cosenzo.

23      MS. COSENZO:  My name is Madeline Cosenzo.  Michael's

24  my brother and my best friend.  I wasn't aware I was able to

25  talk today, so I didn't prepare the speech.  But I know all he

1    does is care about people.  He's been there for me my entire

2    life, and he has taken care of me.  I'm younger than him, so

3    he's taken care of me in college, housed me, fed me,

4    everything I've gone through.  His heart is huge.  And he's

5    never once had malice in his heart, he's never lied.  And I

6    just need you to know that his heart is so good.  And this is

7    awful and I hate that we're here today.

8         And I pray for you.  And I know you pray for us, and you

9    have to know that we pray for you too.  And I just need you to

10   know that it was not done out of malice.  He was fearing for

11   his life.  And he has a good heart.  And this has destroyed

12   us, please just know that.  Know that he has done nothing in

13   his whole life but try to help people.  But I appreciate your

14   time and thank you.

15            THE COURT:  Thank you.

16            MR. SAVAGE:  Jamie Slager.

17            MS. SLAGER:  Hello, I'm Jamie Slager, I'm Michael's

18   wife.  Sorry.  We have had years to play everything that

19   happened in our heads over and over and over again.  And to

20   watch everything over and over and over again.  My husband did

21   not have that.  He had to make a decision in a split second.

22   I couldn't imagine having to make that decision that fast.

23        Like our family said, Mike's whole life has been taking

24   care of others.  Every job he's decided to take.

25        Me, my life was not at a great point when he met me.  He

1   has made me who I am today and I am proud of who I am today.

2   He has made me a very strong person.

3        He is -- he is a great man.  He is an amazing father to

4   our three children, two of which are not his, but you wouldn't

5   even know it.  I miss him so much.  And I will be waiting for

6   him to come home after the time you feel is acceptable.  We

7   have made this decision together and we accept your decision.

8        I feel the immense loss for both families, and I know you

9   are hurting so much, just like we are, but I know you are

10  hurting and I pray for you every day.  I do.  And I think

11  about you every day.  And I always will.

12       My heart breaks, knowing that things can not be changed,

13  and I am so sorry for that.  But there's nothing I can do

14  except to pray to God and ask that every day is a little bit

15  easier for both families.

16       I ask you, Judge, for mercy for my husband, that's -- his

17  family needs him.  And that's all you can do.

18       Thank you for listening to me.

19            THE COURT:  Thank you, Miss Slager.

20            THE DEFENDANT:  Good afternoon, Your Honor.

21            THE COURT:  Mr. Slager.

22            THE DEFENDANT:  Everyone in the courtroom, the

23  Scotts, the whole Scott family.  Thank you for letting me

24  speak, Your Honor.

25       As I was growing up, both my parents taught me life

lessons which every person should have instilled within them. Working with the Habitat of Humanity, volunteering with my local EMS, serving my country in the United States Coast Guard, finally accepting a position with the North Charleston police department.  From early start of my life I've gravitated towards being in public service to help people, helping people who couldn't help themselves.  This is what I enjoyed doing during my life.  My whole life.  Looking forward to being able to re-enter society as a productive member, as I was before.  And during my whole life.  As a role of loving father to my wife, being there to support my kid and my family.  Any way I can.

For the past 31 months I've thought about the morning of April 4, 2015.  This tragic event that occurred in seconds, has changed the lives of everyone involved, my life, my family's life, Mrs. Scott's, her husband, Rodney, Anthony, everyone on the left side of the courtroom.

With my actions that day, Walter Scott is no longer with his family.  And I'm responsible for that.  His family will never have a chance to be with him for those special family occasions, birthdays, holidays, get togethers, the family functions.  There's always going to be a part of the Scott family that has a missing part in their heart.

After thinking about what happened that day, I wish this never would have happened.  I wish I could go back in time and

1    change the events, but I can't.  And this is such a tragic

2    situation, I'm very sorry for it.  So I'm standing here before

3    the Scott family, my family and this Court, taking

4    responsibility for my actions on April 4th, 2015.  And I hope

5    the Scott family one day can open their hearts to forgive me

6    for the actions I did.  But after sitting in the courtroom and

7    listening to them, I know they have.  I'm very grateful for

8    that.

9         Thank you, Your Honor.

10        THE COURT:  Thank you, Mr. Slager.  You can go back.

11        Does the Government have a position with regard to the

12   sentence?

13        MR. FISHMAN:  Your Honor, as has been stated in

14   numerous times today, this case is truly a tragedy.  A tragedy

15   for two families, a tragedy that affected an entire community,

16   and a tragedy that affected our entire nation.

17        3553 directs the Court to impose a sentence that reflects

18   the seriousness of the offense, to promote respect for the

19   rule of law, and to provide for just punishment.  The

20   Government asks for a sentence that demonstrates to the

21   community that no one is above the law, and that Walter Scott

22   mattered.  The Court's rulings showed that the Court has taken

23   this case incredibly seriously, and we thank you for your

24   time.

25        THE COURT:  Mr. Savage, anything else from the

1    defendant?

2         MR. SAVAGE:  No, sir.

3         THE COURT:  Okay.  The sentence I'm going to give

4    today, there will be a written order in this case that's going

5    to reflect the nature and circumstances of the offense, and

6    everybody agrees that the offense is -- this is the most

7    serious offense that we have, from what I understand from my

8    spiritual adviser's First Commandment.

9         History and characteristics of the defendant, as what

10   we've seen here today, he's led a spotless life, and everybody

11   realizes this is a tragedy today that shouldn't have happened.

12        It will again reflect the seriousness of the offense and

13   promote respect for the law.  It will provide just punishment.

14   But just punishment is in the eye of the beholder.  What's

15   just for the Scott family is not just for the Slager family,

16   and what's just for the Slager family is not just for the

17   Scott family.  It's a zero sum game.

18        So having a calculated and considered the advisory

19   Sentencing Guidelines and the relevant statutory factors of 18

20   United States Code 3553(a), it is the judgment of the Court

21   the defendant, Michael Thomas Slager, is hereby committed to

22   the custody of the Bureau of Prisons for 240 months.

23        No fine, $100 special assessment, two years supervised

24   release, standard conditions of supervision and the following

25   special conditions.  Shall participate in a program of mental

1    health counseling or treatment as deemed necessary by the

2    probation office until he's released.  Shall contribute to the

3    cost as necessary.

4        He shall provide the probation office access to any and

5    all requested financial information, including but not limited

6    to income tax returns.  Shall be prohibited from opening any

7    new lines of credit without the prior written approval of the

8    probation officer.

9        Does anyone have any objection to the form of that

10   sentence?

11           MR. FISHMAN:  No, Your Honor.

12           MR. SAVAGE:  The basis, on the basis as previously

13   spoken to the Court, that's all.

14           THE COURT:  All right.  Dismissing any other charges,

15   Mr. Fishman?

16           MR. FISHMAN:  Yes, Your Honor.

17           THE COURT:  What; count two and three?

18           MR. FISHMAN:  I believe that's correct.

19           THE COURT:  Okay.  All right.

20       Mr. Slager, you have 14 days from today to appeal from

21   this sentence.  If you can't afford a lawyer, I'll appoint

22   Mr. Savage to represent you.

23       Good luck.  Thank you.

24

25       (Court adjourned at 12:19 p.m.)

1                    REPORTER'S CERTIFICATION

2

3           I, Debra L. Potocki, RMR, RDR, CRR, Official Court

4    Reporter for the United States District Court for the District

5    of South Carolina, hereby certify that the foregoing is a true

6    and correct transcript of the stenographically recorded above

7    proceedings.

8

9

10

     S/Debra L. Potocki
11   _____

12   Debra L. Potocki, RMR, RDR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25