UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SLAGER | CASE NO.<br>2:16 - CR - 378<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF 28 U.S.C. §2255 MOTION** |
|---|---|

Having read and considered the unopposed motion of defense counsel Christopher R. Geel, the motion is hereby **GRANTED**. Counsel may file a Memorandum in support of his 28 U.S.C. §2255 motion within 90 days of the date of this Order.

_____
HON. DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

May 21, 2020
Charleston, South Carolina