UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MICHAEL SLAGER, | ) | C/R No.: 2:16-378 |
| | ) | C/A No.: 2:20-cv-1945 DCN |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER** |
| Respondent. | ) | |
| | ) | |

Petitioner Michael Slager brings this action under 28 USC § 2255, filed May 20, 2020. After reviewing Petitioner's application,

**IT IS ORDERED** that the United States Attorney file an answer or other pleading within forty-five (45) days of the date of the filing of this Order.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

May 27, 2020
Charleston, South Carolina