UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SLAGER | CASE NO.<br>2:16 - CR - 378<br><br>**DECLARATION OF<br>CHERYL SAVAGE** |
|---|---|

I, Cheryl Savage, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am 64 years of age, a high school graduate and I attended one year of college.
2. I am in good physical health and sound of mind.
3. I married Andrew J. Savage, III in 1986 and have been associated with his law firm since 1985. Since 1994 I have worked for the firm in a full time capacity as the office manager and primary paralegal to Andrew J. Savage, III.
4. As a result of my employment, I met Michael Slager in April of 2015.
5. I attended nearly all attorney conferences with Mr. Slager and various members of his family.
6. As the primary paralegal in the Slager case I was responsible for the file organization, preparing correspondence and legal documents, and maintaining contact with members of the Slager family, the investigators and expert witnesses. I was also responsible for all financial transactions associated with the Slager case.
7. Pursuant to my responsibilities, I accompanied Andrew Savage and Don McCune to almost all attorney conferences with Judge David C. Norton including one held in Judge Norton's chambers on January 3, 2017. The agenda of the meeting was funding for the budget including the payment of fees and expenses and the CJA requirement that our proposed budget be approved by Judge Norton. I primarily worked with Don McCune to estimate the fees and expenses we would incur and to prepare a proposed budget.

8.  During the course of this meeting, while discussing these matters, Judge Norton expressed his opinion that "this is not a murder case."

9.  His statement that this was not a murder case was not casually made. I accepted this statement to be his firm position and the statement relieved some of the stress and worry about Mr. Slager's ultimate sentence.

10. In all conferences I attended thereafter involving the attorneys, Mr. Slager, family members, investigators and experts, Judge Norton's statement was discussed as part of the strategy Slager's attorneys developed for his sentencing.

*s/ Cheryl Savage*
Cheryl Savage
Savage Law Firm


Date: August 13, 2020