UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SLAGER | CASE NO.<br>2:16 - CR - 378<br><br>**<u>DECLARATION OF<br>MICHAEL SLAGER</u>** |

  I, Michael Slager, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am the defendant in the above-referenced matter.
2. My attorneys never informed me how Judge Norton's comments that "this is not a murder case" impacted their plea negotiations with the government. I was not aware that they rejected the government's offers based on Judge Norton's comments.
3. My attorneys never told me about any plea offers made by the government in my case. I was never told about the April 20, 2017 offer of 151-188 months. If I had known about this offer, I would have accepted it.
4. My attorneys never discussed whether the facts admitted in my plea agreement would harm my defense. I signed the plea agreement because they told me I should.
5. I did not understand the significance of admitting in my plea agreement that I behaved in an "objectively unreasonable" way during the incident in question.
6. I did not understand that admitting that my conduct was done "willfully, that is he acted voluntarily and intentionally and with specific intent to do something that the law forbids" would negatively affect my defense at sentencing.
7. My attorneys never mentioned any of these considerations during our meetings. Had I known that these admissions would prejudice me at sentencing, I would not have signed the plea agreement, nor would I have agreed to plead guilty under those terms.
8. The first time I learned that the government had made a plea offer in my case is when Andy Savage, Cheryl Savage, and Don McCune visited me in 2019 at FCI

1

Englewood. During that visit, Andy informed me that the government had made a plea offer that was rejected without my knowledge.

*s/ Michael Slager*
Michael Slager
Englewood FCI

Dated: August 13, 2020

2