UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SLAGER | CASE NO.<br>2:16 - CR - 378<br><br>**DECLARATION OF**<br>**TOM SLAGER** |
|---|---|

    I, Tom Slager, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am the father of the defendant Michael Slager in the above-referenced matter.
2. I was closely involved with this case and with my son's decisions throughout. I had regular contact with my son's defense lawyers and I participated in team meetings, phone calls, and emails to discuss strategy and important decisions relating to the defense.
3. My son sought my advice regarding every important decision he made throughout the course of his state and federal cases.
4. Neither my son nor his attorneys ever told me about any plea offers made by the government in this case. I am certain that if a plea offer had been communicated to Michael, I would have been present when this took place, or at very least Michael would have notified me that an offer had been made, and he would have asked for my input. This never happened.

*s/ Tom Slager*
Tom Slager

Dated: August 12, 2020

1