IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 2:16-cr-00378-RMG |
| | ) | Civ. No. 2:20-cv-01945-RMG |
| Plaintiff-Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL SLAGER, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

## THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States hereby moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Response to Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 and Memorandum In Support of Its Motion for Summary Judgment, as well as the facts set forth in the attached exhibits, judgment in favor of the United States is appropriate.

Accordingly, based on the arguments included in the supporting memorandum, the United States respectfully requests that summary judgment be entered in favor of the United States.

[SIGNATURES ON FOLLOWING PAGE]

                    Respectfully submitted,

                    PETER M. McCOY, JR.
                    UNITED STATES ATTORNEY

By:   /s/Brook B. Andrews
       BROOK B. ANDREWS (#10231)
       NATHAN S. WILLIAMS (#10400)
       BENJAMIN N. GARNER
       Assistant United States Attorneys
       1441 Main St., Suite 500
       Columbia, South Carolina 29201
       Tel: (803) 929-3000
       Fax: (803) 254-2943
       brook.andrews@usdoj.gov


       ERIC S. DREIBAND
       Assistant Attorney General
       Civil Rights Division


       /s/Rose E. Gibson
       ROSE E. GIBSON
       Special Litigation Counsel
       Civil Rights Division, Criminal Section
       U.S. Department of Justice
       150 M Street NE
       Washington, DC 20002
       Telephone: (202) 616-4571
       Rose.Gibson@usdoj.gov

November 2, 2020