# Exhibit A

## SAVAGE LAW FIRM

15 PRIOLEAU STREET
CHARLESTON, SC 29401
TEL. (843) 720-7470   FAX (843) 720-7478
http://www.savlaw.com
Video Conferencing Address:  96.83.158.37

ANDREW J. SAVAGE, III
Certified Criminal Trial Advocate - NBTA

J. SCOTT BISCHOFF, II
DONALD L. MCCUNE, JR.

April 27, 2017

**VIA EMAIL**
The Honorable David C. Norton
Hollings Judicial Center
83 Broad Street
Charleston, SC  29401

   RE: **United States v Michael Slager**
      **Case Number:  2:16-cr-378**

Dear Judge Norton:

 In accordance with your request to be advised of the defendant's position with regard to a plea, I am enclosing the following documents and email exchanges (there are others) between the Savage Law firm and the Government pertinent to plea discussions through April 26, 2017:

1. Cover email and Global Plea Agreement - Government to Slager - received on or about April 6, 2017.

2. Email response from Andrew Savage to the Government on April 7, 2017.

3. Email and defendant's first draft of Global Plea Agreement - Slager to Government - sent on or about April 10, 2017.

4. Government's response to defendant's first draft of Global Plea Agreement on April 10, 2017.

5. Contact from United States Attorney on April 11, 2017.

6. Cover email and defendant's second draft of Global Plea Agreement - Slager to Government - sent on April 12, 2017 at 1:37 p.m.

The Honorable David C. Norton
April 27, 2017
Page Two

---

7. Email from United States Attorney to Heather Hill on April 12, 2017 at 5:11 p.m.

8. Email from Andrew Savage to United States Attorney on April 13, 2017 at 11:09 a.m.

9. Email from United States Attorney to Andrew Savage with suggested language changes on April 13, 2017 at 4:14 p.m.

10. Email from Don McCune to United States Attorney on April 14, 2017 at 3:24 p.m.

11. Email from Don McCune summarizing contact with United States Attorney on April 14, 2017 at 4:06 p.m.

12. Email from United States Attorney to Don McCune on April 17, 2017 at 10:59 a.m. and Don McCune's response on April 17, 2017 at 11:40 a.m.

13. Email from United States Attorney to Don McCune on April 18, 2017 at 7:27 p.m.

14. Email from United States Attorney to Andrew Savage on April 20, 2017 at 2:18 p.m.

15. Email from Andrew Savage to United States Attorney on April 22, 2017 at 1:05 p.m.

16. Email from Andrew Savage to United States Attorney on April 25, 2017 at 8:51 p.m.

17. Email from United States Attorney to Andrew Savage on April 25, 2017 at 9:00 p.m.

18. Email from United States Attorney to Andrew Savage on April 25, 2017 at 9:17 p.m.

19. Email from Andrew Savage to United States Attorney on April 26, 2017 at 7:24 a.m.

20. Email from United States Attorney to Andrew Savage on April 26, 2017 at 8:57 a..

21. Email from Andrew Savage to United States Attorney on April 26, 2017 at 9:05 a.m.

22. Email from United States Attorney to Andrew Savage on April 26, 2017 at 6:16 p.m.

23. Email from Andrew Savage to United States Attorney on April 26, 2017 at 6:30 p.m.

Michael Slager has been kept informed of all discussions about a plea and has given me authority to enter into a plea agreement. Our communications with the Government have been

The Honorable David C. Norton
April 27, 2017
Page Three

productive, but we have fallen short of an agreement.

As the emails will document, we have asked for an opportunity to meet in person with Government officials who have the authority to settle this case prior to jury selection. That request was accepted by some, denied by others. We remain willing to discuss our view of a reasonable resolution.

With best wishes, I remain

Sincerely,

Andrew J. Savage, III

AJS,III/cls

I have reviewed and I endorse the accuracy of the information contained in this memorandum.

Michael Thomas Slager

Enc.:   As Stated

cc:     Beth Drake, Esquire, via email, with enclosures
        Eric Klumb, Esquire, via email, with enclosures
        Jared Fishman, Esquire, via email, with enclosures
        Donald L. McCune, Jr., Esquire, via email, with enclosures
        Shaun C. Kent, Esquire, via email, with enclosures
        Miller W. Shealy, Jr., Esquire, via email, with enclosures
        Heather C. Hill, via email, with enclosures
        Michael T. Slager, via email, with enclosures
        Shampa Panda, Esquire, via email, with enclosures