IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 2:16-cr-00378-RMG |
| | ) | Civ. No. 2:20-cv-01945-RMG |
| Plaintiff-Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL SLAGER, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

**GOVERNMENT'S RESPONSE TO COURT ORDER**

Petitioner Michael Slager filed a motion under 28 U.S.C. § 2255 on May 20, 2020. Dkt. No. 168. On February 9, 2021 the Court held a status conference regarding the motion, and directed the government to promptly provide the Court a copy of Petitioner's state court indictment. Dkt. No. 195. In response to the Court's direction, the government has obtained a copy of Petitioner's state court indictment from state prosecutors and is attaching the indictment as an exhibit to this filing. Exhibit 1.

Respectfully submitted,

PETER M. McCOY, JR.
UNITED STATES ATTORNEY

By:   /s/Nathan Williams
BROOK B. ANDREWS (#10231)
NATHAN S. WILLIAMS (#10400)
BENJAMIN N. GARNER (#11477)
Assistant United States Attorneys
1441 Main St., Suite 500
Columbia, South Carolina 29201
Tel: (803) 929-3000
Fax: (803) 254-2943
brook.andrews@usdoj.gov

February 12, 2021

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division


/s/Rose E. Gibson
ROSE E. GIBSON
Special Litigation Counsel
Civil Rights Division, Criminal Section
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 616-4571
Rose.Gibson@usdoj.gov

2