STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

INDICTMENT

At a Court of General Sessions, convened on June 8, 2015, the Grand Jurors of Charleston County present upon their oath:

### MURDER

That in Charleston County on or about April 4, 2015, the defendant, Michael Thomas Slager, with malice aforethought, did kill and murder Walter Lamar Scott by means of shooting him with a handgun, and Walter Lamar Scott did die in Charleston County as a proximate result thereof on or about April 4, 2015; in violation of §16-3-10 of the South Carolina Code of Laws (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

*Scarlett A. Wilson*
SCARLETT A. WILSON
SOLICITOR

| | |
|---|---|
| SAW/0303420 | |
| WITNESSES | |
| State Law Enforcement Division | |
| AGENCY CASE NUMBER | |
| 2015-0407 | |
| ARREST WARRANT NUMBER | |
| 2015A101020l687 | |
| DATE OF ARREST | |
| 04/07/2015 | |
| ACTION OF GRAND JURY | |
| TRUE BILL | |
| Nancy McKeown | |
| Foreperson of Grand Jury | |
| Date: JUN 8 2015 | |
| VERDICT | |
| | |
| Foreperson of Petit Jury | |
| Date: | |

DOCKET NO. 2015-GS-10-03466

The State of South Carolina

County of Charleston

COURT OF GENERAL SESSIONS

JUNE TERM 2015

THE STATE

VS.

MICHAEL THOMAS SLAGER
W/M　DOB: 11-14-1981

Indictment for

MURDER

SC Code: § 16-03-0010
CDR Code: 0116